1
2
3
4
5
6
7
8
9                          UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                              SAN JOSE DIVISION

12   NATIONAL UNION FIRE INSURANCE   )      Case No.: C 10-01324 PVT
     COMPANY OF PITTSBURGH, PA.,     )
13                                   )      **ORDER SETTING DEADLINE FOR PARTIES**
                          Plaintiff, )      **TO FILE EITHER A "CONSENT TO**
14        v.                         )      **PROCEED BEFORE A UNITED STATES**
                                     )      **MAGISTRATE JUDGE," OR ELSE A**
15   RESOURCES DEVELOPMENT           )      **"DECLINATION TO PROCEED BEFORE A**
     SERVICES, INC., et al.,         )      **UNITED STATES MAGISTRATE JUDGE AND**
16                                   )      **REQUEST FOR REASSIGNMENT"**
                         Defendants. )
17   _____ )

18
19        On May 7, 2010, defendants Environmental Resource Recovery, Inc. doing business as and
20   sued as Valley Recycling moved to dismiss pursuant to Rule 12(b)(6) and 9(b).  (collectively
21   "defendants").  Alternatively, defendants move for a more definite statement pursuant to Rule 12(e).
22   This case has been assigned to a Magistrate Judge.  Before the court takes any action on the motion
23   to dismiss, or in the alternative, motion for a more definite statement, the court must determine
24   whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or
25   whether any of the parties request reassignment to a District Judge.  Therefore,

26        IT IS HEREBY ORDERED that no later than May 21, 2010, each party who has not already
27   done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a
28   "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment."
     Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's

                                   ORDER, *page 1*

1   website at www.cand.uscourts.gov.

2   Dated: May 7, 2010

3                                                   _Patricia V. Trumbull_
                                           _____
4                                          PATRICIA V. TRUMBULL
                                           United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28