\*\*E-Filed 6/30/10\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RESOURCE DEVELOPMENT SERVICES, INC., et al., <br><br> Defendants. | Case Number C 10-1324 JF (PVT) <br><br> CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The Motion Hearings set for August 20, 2010 and September 17, 2010 are RESET for September 24, 2010 at 9:00 a.m.  The Case Management Conference set for July 23, 2010 is RESET for September 24, 2010 at 9:00 a.m. immediately following the motion hearing.  Please report at that time to Courtroom 3 on the 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

DATED:  6/30/10

For the Court
Richard W.  Weiking, Clerk

By: _____/s/_____
Diana Munz
Courtroom Deputy Clerk