ERNEST E. PRICE (SBN 164534)
ARNOLD E. SKLAR (SBN 51595)
EUGENE S. SUH (SBN 245313)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., JAMES LUCERO, an Individual, SHELLEY LUCERO, an Individual, ARACELLI FRANCO, an Individual, ELVIA NENQUE, an Individual, MARTHA RENTERIA, an Individual, JOE MORSE, an Individual, TOM OVERTON, an Individual, RICHARD ANDRADE, an Individual, JOSE SALVATIER, an Individual, DANIEL SANCHEZ, an Individual, RUDY HERNANDEZ, an Individual, GUILLERMO CEBALLOS, an Individual, RANDY VARGAS, an Individual, VALLEY RECYCLING, RANDAZZO ENTERPRISES, DOMINGUEZ & SONS, PREMIER RECYCLING, PACIFIC COAST RECYCLING, GIBSON'S RESOURCE GROUP, CAL WASTE, ACCURATE CLEANING SYSTEMS, ALVISO, A&S METALS, D&C CONSTRUCTION, JLV EQUIPMENT, DVBE TRUCKING, NOGALERA TRUCKING, A&A RECYCLING, BAY AREA HAULING MAINTENANCE, DEPENDABLE WASTE SOLUTIONS, PARAMOUNT DRYWALL, RAD ROLL- | CASE NO. CV10-01324 JF<br><br>**JOINT RULE 26(f) REPORT**<br><br>Date (Scheduling Conference): July 23, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom 3<br><br>**Judge:** Hon. Jeremy Fogel |

| | |
|---|---|
| OFF, ALL TRASH, BAY CAL RECYCLING, JM HAULING, ALMADEN CONSTRUCTION, DEL TORO, ESPINOZA & DAUGHTER HAULING, AFFORDABLE ROOFING, and DOES 1 through 100, | |
| Defendants. | |

Plaintiff National Union Fire Company of Pittsburgh, PA ("National Union" and/or "Plaintiff") and the eight (8) trucking company defendants that have appeared to date conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure.

The conference took place by telephone on June 17, 2010 between Plaintiff and seven of the defendants. The participants were: Plaintiff National Union Fire Insurance Company of Pittsburgh, PA and Defendants Randazzo Enterprises, Inc., Valley Recycling, Cal Waste, Dominguez & Sons, Bay Area Hauling, Accurate Cleaning Service, and Premier Recycling. On June 30, 2010 Plaintiff and Pacific Coast Recycling conferred by telephone.

## I.   INITIAL DISCLOSURES

Plaintiff will produce its Initial Disclosures as required by Rule 26(a)(1) on or before July 17, 2010. Defendants will each produce their Initial Disclosures within 15 days after the Court rules on motions to dismiss, now set for September 24, 2010.

All parties recognize their continuing duty to supplement their Rule 26 Disclosures.

## II.   DISCOVERY

Discovery on each party's participation in alleged wrongdoing is anticipated, and each defendant's defenses. Plaintiff and Defendants Dominguez & Sons, Inc. and Pacific Coast Recycling, Inc. do not believe that discovery should be conducted in phases. Other defendants believe that discovery should be undertaken in phases: first, discovery should focus on liability, and then on damages. Plaintiff expects some overlap in proof of liability and proof of damages, with the likely result of discovery disputes. The parties do not propose that trial be bifurcated.

The parties agree that there should be up to 25 depositions per party, considering the number of defendants in the case.

The parties, other than Dominguez & Sons, Inc., propose that

All discovery be concluded August 1, 2011;

Plaintiff will produce its expert report(s) on or before May 16, 2011;

Plaintiff will identify its expert(s) on or before April 15, 2011; and

Each defendant will produce its expert report(s) on or before July 29, 2011.

Dominguez & Sons proposes that discovery be concluded May 31, 2011; that Plaintiff identify its experts by April 1, 2011; Plaintiff's expert report be produce on or before April 15, 2011; and Defendants produce their expert reports on May 30, 2011. Plaintiff does not agree.

### III. COMPLEXITY

The parties do not believe this is a "complex case." However, Plaintiff believes that the nature of its proofs may be complex.

### IV. PENDING MOTIONS

Motions to dismiss pursuant to Rule 23(b)(6) have been filed by a number of defendants. Hearing on those motions is now scheduled for September 24, 2010.

### V. CUT-OFF DATE FOR JOINDER OF ADDITIONAL PARTIES AND ADDITION OF CLAIMS

Additional parties, if any, shall be joined not later than October 30, 2010 (about 30 days after defendants have produced their initial disclosures).

### VI. DISPOSITIVE MOTIONS

Plaintiff and Defendants, other than Dominguez & Sons, propose that dispositive motions should be filed not later than September 16, 2011.

However, Dominquez & Sons proposes that dispositive motions be heard no later than June 1, 2011.

### VII. PROPOSED TRIAL SCHEDULE

The parties, other than Dominguez & Sons, propose a trial date in or after January 2012, or thereafter at the Court's convenience.

However, Dominguez & Sons propose July 1, 2011.

## VIII. SETTLEMENT

The parties have not yet engaged in settlement discussions. The parties believe that a settlement conference should not occur before the date for Plaintiff's expert report(s). The magistrate assigned to the case is desired to preside over a mediation in early June, 2011.

However, Dominguez & Sons proposes mediation in early May 2011.

Dated: July 1, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By: *(signature)*
ERNEST E. PRICE
EUGENE S. SUH
ARNOLD E. SKLAR
Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

Dated:

THE LITIGATION LAW GROUP

By:
LAWRENCE PEDRO RAMIREZ
LINDSEY RENEE ADAMS
Attorneys for Defendant
VALLE RECYCLING

Dated:

POPELKA LAW GROUP

By:
MARC L. SHEA
Attorneys for Defendant
DOMINGUEZ & SONS

## VIII. SETTLEMENT

The parties have not yet engaged in settlement discussions. The parties believe that a settlement conference should not occur before the date for Plaintiff's expert report(s). The magistrate assigned to the case is desired to preside over a mediation in early June, 2011.

However, Dominguez & Sons proposes mediation in early May 2011.

Dated:                          ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
ERNEST E. PRICE
EUGENE S. SUH
ARNOLD E. SKLAR
Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

Dated: 6/30/10           THE LITIGATION LAW GROUP

By: _____
LAWRENCE PEDRO RAMIREZ
LINDSEY RENEE ADAMS
Attorneys for Defendant
VALLE RECYCLING

Dated:                          POPELKA LAW GROUP

By: _____
MARC L. SHEA
Attorneys for Defendant
DOMINGUEZ & SONS

## VIII. SETTLEMENT

The parties have not yet engaged in settlement discussions. The parties believe that a settlement conference should not occur before the date for Plaintiff's expert report(s). The magistrate assigned to the case is desired to preside over a mediation in early June, 2011.

However, Dominguez & Sons proposes mediation in early May 2011.

Dated: _____

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
ERNEST E. PRICE
EUGENE S. SUH
ARNOLD E. SKLAR
Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

Dated: _____

THE LITIGATION LAW GROUP

By: _____
LAWRENCE PEDRO RAMIREZ
LINDSEY RENEE ADAMS
Attorneys for Defendant
VALLE RECYCLING

Dated: 6/30/10

POPELKA LAW GROUP

By: [signature of Marc L. Shea]
MARC L. SHEA
Attorneys for Defendant
DOMINGUEZ & SONS

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

| | | |
|---|---|---|
| 1 | Dated: 7/1/2010 | WILLIAMS, PINELLE & CULLEN LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | EDWARD F. CULLEN<br>AMY CARLSON<br>Attorneys for Defendant |
| 5 | | CAL WASTE |
| 6 | | |
| 7 | Dated: | EFP LAW GROUP |
| 8 | | |
| 9 | | By:_____ |
| 10 | | YESENIA MARISOL SANTA CRUZ<br>Attorneys for Defendant |
| 11 | | BAY AREA HAULING MAINTENANCE |
| 12 | | |
| 13 | Dated: | MILLER MORTON CAILLAT & NEVIS |
| 14 | | |
| 15 | | By:_____ |
| 16 | | GREGORY J. KORBEL<br>Attorneys for Defendant |
| 17 | | ACCURATE CLEANING SYSTEM (ACS) |
| 18 | | |
| 19 | Dated: | LICHTENEGGER LAW OFFICE |
| 20 | | |
| 21 | | By:_____ |
| 22 | | LARRY J. LICHTENEGGER<br>Attorneys for Defendant |
| 23 | | RANDAZZO ENTERPRISES, INC. |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

| | |
|---|---|
| 1  Dated: | WILLIAMS, PINELLE & CULLEN LLP |
| 2 | |
| 3 | By: _____ |
| 4 | EDWARD F. CULLEN<br>AMY CARLSON<br>Attorneys for Defendant<br>CAL WASTE |
| 5 | |
| 6 | |
| 7  Dated: 7/1/10 | EFP LAW GROUP |
| 8 | |
| 9 | By: _/s/_____ |
| 10 | YESENIA MARISOL SANTA CRUZ<br>Attorneys for Defendant<br>BAY AREA HAULING MAINTENANCE |
| 11 | |
| 12 | |
| 13  Dated: | MILLER MORTON CAILLAT & NEVIS |
| 14 | |
| 15 | By: _____ |
| 16 | GREGORY J. KORBEL<br>Attorneys for Defendant<br>ACCURATE CLEANING SYSTEM (ACS) |
| 17 | |
| 18 | |
| 19  Dated: | LICHTENEGGER LAW OFFICE |
| 20 | |
| 21 | By: _____ |
| 22 | LARRY J. LICHTENEGGER<br>Attorneys for Defendant<br>RANDAZZO ENTERPRISES, INC. |

| | | |
|---|---|---|
| 1 | Dated: | WILLIAMS, PINELLE & CULLEN LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | EDWARD F. CULLEN<br>AMY CARLSON |
| 5 | | Attorneys for Defendant<br>CAL WASTE |
| 7 | Dated: | EFP LAW GROUP |
| 9 | | By:_____ |
| 10 | | YESENIA MARISOL SANTA CRUZ<br>Attorneys for Defendant |
| 11 | | BAY AREA HAULING MAINTENANCE |
| 13 | Dated: 7/1/10 | MILLER MORTON CAILLAT & NEVIS |
| 15 | | By: /s/ _____ |
| 16 | | GREGORY J. KORBEL<br>Attorneys for Defendant |
| 17 | | ACCURATE CLEANING SYSTEM (ACS) |
| 19 | Dated: | LICHTENEGGER LAW OFFICE |
| 21 | | By:_____ |
| 22 | | LARRY J. LICHTENEGGER<br>Attorneys for Defendant |
| 23 | | RANDAZZO ENTERPRISES, INC. |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

| | |
|---|---|
| Dated: | WILLIAMS, PINELLE & CULLEN LLP |
| | |
| | By:_____ |
| |    EDWARD F. CULLEN |
| |    AMY CARLSON |
| |    Attorneys for Defendant |
| |    CAL WASTE |
| | |
| Dated: | EFP LAW GROUP |
| | |
| | By:_____ |
| |    YESENIA MARISOL SANTA CRUZ |
| |    Attorneys for Defendant |
| |    BAY AREA HAULING MAINTENANCE |
| | |
| Dated: | MILLER MORTON CAILLAT & NEVIS |
| | |
| | By:_____ |
| |    GREGORY J. KORBEL |
| |    Attorneys for Defendant |
| |    ACCURATE CLEANING SYSTEM (ACS) |
| | |
| Dated: | LICHTENEGGER LAW OFFICE |
| | |
| | By: /s/ Larry J. Lichtenegger |
| |    LARRY J. LICHTENEGGER |
| |    Attorneys for Defendant |
| |    RANDAZZO ENTERPRISES, INC. |

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

Dated: July 1, 2010

BOWMAN & BROOKE LLP

By: _____
ROBERT S. ROBINSON
Attorneys for Defendant
JONNA CORPORATION, INC. dba
PREMIER RECYCLE COMPANY

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

| | | |
|---|---|---|
| 1 | Dated: | BOWMAN & BROOKE LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | ROBERT S. ROBINSON |
| | | Attorneys for Defendant |
| 5 | | JONNA CORPORATION, INC. dba |
| | | PREMIER RECYCLE COMPANY |
| 6 | | |
| 7 | Dated: 7/01/2010 | LAW OFFICES OF STEVEN E. SPRINGER |
| 8 | | |
| 9 | | |
| 10 | | By:_____ |
| | | STEVEN E. SPRINGER |
| 11 | | Attorneys for Defendant |
| | | PACIFIC COAST RECYCLING |



Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

CASE NAME: *National Union Fire Insurance Company of Pittsburgh, PA, a Pennsylvania Corporation v. Resource Development Services, Inc., et al.*

ACTION NO.: CV10-01324 JF

## CERTIFICATE OF SERVICE

I hereby certify that the JOINT RULE 26(f) REPORT was served on the following persons on this date and in the manner specified herein:

☒ **Electronically Serviced Through ECF:**

| | |
|---|---|
| Lawrence P. Ramirez | lpramirez@thellg.com |
| Lindsey R. Adams | ladams@thellg.com |
| Edward F. Cullen | ecullen@wpclaw.com |
| Amy R. Carlson | amy@calemploy.com |
| Steven E. Springer | ses@springerlawoffices.com |
| Marc L. Shea | mshea@popelka.com |
| Gregory J. Korbel | gkorbel@millermorton.com |
| Larry J. Lichtengger | lawyer@mbay.net |
| Robert S. Robinson | rob.robinson@lax.bowmandandbrooke.com |

☐ **Conventionally Served:**

Dated: July 1, 2010

/s/ *Arnold E. Sklar*
Arnold E. Sklar
asklar@rmkb.com
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071
Telephone:   (213) 312-2000
Facsimile:   (213) 312-2001

CERTIFICATE OF SERVICE