**E-Filed 7/16/2010**

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., JAMES LUCERO, an Individual, SHELLEY LUCERO, an Individual, ARACELLI FRANCO, an Individual, ELVIA NENQUE, an Individual, MARTHA RENTERIA, an Individual, JOE MORSE, an Individual, TOM OVERTON, an Individual, RICHARD ANDRADE, an Individual, JOSE SALVATIER, an Individual, DANIEL SANCHEZ, an Individual, RUDY HERNANDEZ, an Individual, GUILLERMO CEBALLOS, an Individual, RANDY VARGAS, an Individual, VALLEY RECYCLING, RANDAZZO ENTERPRISES, DOMINGUEZ & SONS, PREMIER RECYCLING, PACIFIC COAST RECYCLING, GIBSON'S RESOURCE GROUP, CAL WASTE, ACCURATE CLEANING SYSTEMS, ALVISO, A&S METALS, D&C CONSTRUCTION, JLV EQUIPMENT, DVBE TRUCKING, NOGALERA TRUCKING, A&A RECYCLING, BAY AREA HAULING MAINTENANCE, | CASE NO. CV10-01324 JF<br><br>[PROPOSED] ORDER TO MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS |

RC1/5631547.1/JC7

[PROPOSED] ORDER
RE EXTENSION OF TIME TO SERVE EFENDANTS

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | DEPENDABLE WASTE SOLUTIONS, PARAMOUNT DRYWALL, RAD ROLL-OFF, ALL TRASH, BAY CAL RECYCLING, JM HAULING, ALMADEN CONSTRUCTION, DEL TORO, ESPINOZA & DAUGHTER HAULING, AFFORDABLE ROOFING, and DOES 1 through 100,<br><br>                    Defendants. |

**THE COURT, HAVING READ AND CONSIDERED** Plaintiff, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.'s (hereinafter "National Union" or "Plaintiff") Motion for Extension of Time to Serve Defendants ("Motion"), pursuant to Fed. R. Civ. P. 4(m) and Civil Local Rule 6**, grants the Motion**.

Plaintiff shall complete its service of process by  October 27 , 2010.

**IT IS SO ORDERED:**

DATED: 7-16-2010

_____
**Hon. Judge Jeremy Fogel**
**United States District Court Judge**

**Submitted By:**
**ROPERS, MAJESKI, KOHN & BENTLEY PC**

By */s/ Eugene S. Suh*
**ERNEST E. PRICE (SBN 164534)**
**ARNIE SKLAR (SBN 51595)**
**EUGENE S. SUH (SBN 245313)**
**ROPERS, MAJESKI, KOHN & BENTLEY**
**515 South Flower Street, Suite 1100**
**Los Angeles, California  90071-2213**
**Telephone:     (213) 312-2000**
**Facsimile:     (213) 312-2001**

**Attorneys for Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, , a Pennsylvania Corporation**