MARTÍN A. SABELLI
California Bar No. 164772
149 Natoma Street, Suite 300
San Francisco, California 94105
(415) 284-9806
msabelli@comcast.net

**E-Filed 8/13/2010**

JOSH A. COHEN
California Bar No. 217853
633 Battery Street, Suite 110
San Francisco, California 94111
(415) 693-9173
josh@cohenlawsf.com

Attorneys for Defendants RESOURCE DEVELOPMENT SERVICES, INC. and JAMES LUCERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,<br><br>    Plaintiff,<br><br>v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC. et al.,<br><br>    Defendants. | CASE NO. C-10-01324 JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS RESOURCE DEVELOPMENT SERVICES, INC. AND JAMES LUCERO TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT** |

## **STIPULATION**

WHEREAS plaintiff National Union Fire Insurance Company of Pittsburgh ("National Union") filed its original complaint in this action on March 29, 2010;

WHEREAS defendants Resources Development Services, Inc. ("RDS") and James Lucero were not served with a copy of the original complaint;

1   WHEREAS plaintiff National Union filed a First Amended Complaint on June 1, 2010;

2   WHEREAS defendants RDS and James Lucero were served with a copy of the First
3   Amended Complaint on or about July 22, 2010;

4   WHEREAS defendants RDS and James Lucero have 21 days to answer or otherwise
5   respond to the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(a)(1);

6   WHEREAS defendants RDS and James Lucero recently retained counsel to represent them
7   in this matter;

8   WHEREAS counsel for defendants RDS and James Lucero require additional time to
9   review the First Amendment Complaint and prepare an answer or other response thereto;

10   WHEREAS plaintiff's counsel does not object to extending the time in which defendants
11   RDS and James Lucero may answer or otherwise respond to the First Amended Complaint;

12   WHEREAS the next hearing in this matter is presently scheduled for September 24, 2010;

13   IT IS HEREBY AGREED AND STIPULATED that the deadline by which defendants
14   RDS and James Lucero must answer or otherwise respond to the First Amended Complaint should
15   be extended to September 3, 2010.

16   IT IS SO STIPULATED.

18   DATED:  August 11, 2010          */s/ Josh Cohen*
                                       MARTÍN A. SABELLI
19                                     JOSH A. COHEN
                                       Attorneys for Defendants Resources Development
20                                     Services, Inc. and James Lucero

23   DATED:  August 11, 2010          ROPERS, MAJESKI, KOHN & BENTLEY

24                                     */s/ Eugene Suh*
                                       EUGENE SUH
25                                     Attorneys for Plaintiff

**ORDER**

By stipulation, and for good cause shown, it is hereby ordered that defendants Resources Development Services, Inc. and James Lucero shall have until September 3, 2010 to answer or otherwise respond to the First Amended Complaint.

IT IS SO ORDERED.

DATED: ___August 13___, 2010

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE