```
5014.DGM111
```

1  DENNIS G. MCCARTHY (Bar No. 118178)
   FENTON & KELLER
2  A Professional Corporation
   2801 Monterey-Salinas Highway
3  Post Office Box 791
   Monterey, CA  93942
4  Telephone:   831-373-1241
   Facsimile:    831-373-7219
5
   Attorneys for Defendant
6  A&S METALS

**E-Filed 9/9/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,, <br><br> Plaintiff, <br><br> v. <br><br> RESOURCE DEVELOPMENT SERVICES, INC., et al, <br><br> Defendant. | CASE NO. C-10-01324 JF <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT A&S METALS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

## STIPULATION

WHEREAS plaintiff National Union Fire Insurance Company of Pittsburgh ("National Union") filed its original complaint in this action on March 29, 2010;

WHEREAS defendant A&S Metals of Los Banos, Inc. (incorrectly named in the complaint herein as A& S METALS) (hereinafter "A&S Metals") was not served with a copy of the original complaint;

WHEREAS plaintiff National Union filed a First Amended Complaint on June 1, 2010;

WHEREAS defendant A&S Metals was served with a copy of the First Amended Complaint on or about July 9, 2010;

WHEREAS defendant A&S Metals recently retained counsel to represent them in this matter;

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

STIPULATION AND [PROPOSED] ORDER (No. C-10-01324 JF)

1  WHEREAS counsel for defendant A&S Metals require additional time to review the First
2  Amended Complaint and prepare an answer or other response thereto;

3  WHEREAS plaintiff's counsel does not object to extending the time in which defendant
4  A&S Metals may answer or otherwise respond to the First Amended Complaint;

5  WHEREAS the next hearing in this matter is presently scheduled for September 24,
6  2010, and at which hearing this Honorable Court will rule upon the pending motions to dismiss
7  the First Amended Complaint and/or for more definite statement filed by and/or joined in by
8  multiple defendants;

9  IT IS HEREBY AGREED AND STIPULATED that should this Court DENY the
10 pending motions to dismiss the First Amended Complaint and/or for more definite statement,
11 that the deadline by which A&S Metals must answer or otherwise respond to the First Amended
12 Complaint shall be September 28, 2010; and

13 IT IS FURTHER HEREBY AGREED AND STIPULATED that should this Court
14 GRANT the pending motions to dismiss the First Amended Complaint and/or for more definite
15 statement, that defendant A&S Metals will have 21 days from service of the Second Amended
16 Complaint to answer or otherwise respond to the Second Amended Complaint.

17 IT IS SO STIPULATED.

18 Dated: September 3, 2010          FENTON & KELLER

20                                    By: _____
21                                        Dennis G. McCarthy
                                         Brian E. Turlington
22                                       Attorneys for Defendant
                                         A&S METALS

23 Dated: September __, 2010         ROPERS, MAJESKI, KOHN & BENTLEY

25                                    By: _____
26                                        ERNEST E. PRICE
                                          ARNOLD E. SKLAR
27                                        EUGENE S. SUH
                                          Attorneys for Plaintiffs
28                                        NATIONAL UNION FIRE INSURANCE

WHEREAS counsel for defendant A&S Metals require additional time to review the First Amended Complaint and prepare an answer or other response thereto;

WHEREAS plaintiff's counsel does not object to extending the time in which defendant A&S Metals may answer or otherwise respond to the First Amended Complaint;

WHEREAS the next hearing in this matter is presently scheduled for September 24, 2010, and at which hearing this Honorable Court will rule upon the pending motions to dismiss the First Amended Complaint and/or for more definite statement filed by and/or joined in by multiple defendants;

IT IS HEREBY AGREED AND STIPULATED that should this Court DENY the pending motions to dismiss the First Amended Complaint and/or for more definite statement, that the deadline by which A&S Metals must answer or otherwise respond to the First Amended Complaint shall be September 28, 2010; and

IT IS FURTHER HEREBY AGREED AND STIPULATED that should this Court GRANT the pending motions to dismiss the First Amended Complaint and/or for more definite statement, that defendant A&S Metals will have 21 days from service of the Second Amended Complaint to answer or otherwise respond to the Second Amended Complaint.

IT IS SO STIPULATED.

Dated: September 3, 2010        FENTON & KELLER

                                By: _____
                                Dennis G. McCarthy
                                Brian E. Turlington
                                Attorneys for Defendant
                                A&S METALS

Dated: September 7, 2010        ROPERS, MAJESKI, KOHN & BENTLEY

                                By: _____
                                ERNEST E. PRICE
                                ARNOLD E. SKLAR
                                EUGENE S. SUH
                                Attorneys for Plaintiffs
                                NATIONAL UNION FIRE INSURANCE

FENTON & KELLER
ATTORNEYS AT LAW
MONTEREY

## ORDER

By stipulation, and for good cause shown, it is hereby ordered that should this Court deny the pending motions to dismiss the First Amended Complaint and/or for more definite statement, that the deadline by which defendant A&S Metals must answer or otherwise respond to the First Amended Complaint shall be September 28, 2010; and should this Court grant the pending motions to dismiss the First Amended Complaint and/or for more definite statement, that defendant A&S Metals will have 21 days from service of the Second Amended Complaint to answer or otherwise respond to the Second Amended Complaint.

IT IS SO ORDERED.

Dated: __September 9__, 2010

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE