DENNIS G. MCCARTHY (Bar No. 118178)
FENTON & KELLER
A Professional Corporation
2801 Monterey-Salinas Highway
Post Office Box 791
Monterey, CA 93942
Telephone:  831-373-1241
Facsimile:  831-373-7219

Attorneys for Defendant
A&S METALS

**E-Filed 9/27/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,, <br><br> Plaintiff, <br><br> v. <br><br> RESOURCE DEVELOPMENT SERVICES, INC., et al, <br><br> Defendant. | CASE NO. C-10-01324 JF <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT A&S METALS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

## STIPULATION

WHEREAS plaintiff National Union Fire Insurance Company of Pittsburgh ("National Union") filed its original complaint in this action on March 29, 2010;

WHEREAS defendant A&S Metals of Los Banos, Inc. (incorrectly named in the complaint herein as A& S METALS) (hereinafter "A&S Metals") was not served with a copy of the original complaint;

WHEREAS plaintiff National Union filed a First Amended Complaint on June 1, 2010;

WHEREAS defendant A&S Metals was served with a copy of the First Amended Complaint on or about July 9, 2010;

WHEREAS defendant A&S Metals recently retained counsel to represent them in this matter;

WHEREAS counsel for defendant A&S Metals require additional time to review the First Amended Complaint and prepare an answer or other response thereto;

WHEREAS plaintiff's counsel does not object to extending the time in which defendant A&S Metals may answer or otherwise respond to the First Amended Complaint;

WHEREAS the next hearing in this matter is presently scheduled for November 5, 2010, and at which hearing this Honorable Court will rule upon the pending motions to dismiss the First Amended Complaint and/or for more definite statement filed by and/or joined in by multiple defendants;

IT IS HEREBY AGREED AND STIPULATED that should this Court DENY the pending motions to dismiss the First Amended Complaint and/or for more definite statement, that the deadline by which A&S Metals must answer or otherwise respond to the First Amended Complaint shall be November 9, 2010; and

IT IS FURTHER HEREBY AGREED AND STIPULATED that should this Court GRANT the pending motions to dismiss the First Amended Complaint and/or for more definite statement, that defendant A&S Metals will have 21 days from service of the Second Amended Complaint to answer or otherwise respond to the Second Amended Complaint.

IT IS SO STIPULATED.

Dated: September 6, 2010

FENTON & KELLER

By: _____
Dennis G. McCarthy
Attorneys for Defendant
A&S METALS

Dated: September __, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
ERNEST E. PRICE
ARNOLD E. SKLAR
EUGENE S. SUH
Attorneys for Plaintiffs
NATIONAL UNION FIRE INSURANCE

1  WHEREAS counsel for defendant A&S Metals require additional time to review the First
2  Amended Complaint and prepare an answer or other response thereto;
3  WHEREAS plaintiff's counsel does not object to extending the time in which defendant
4  A&S Metals may answer or otherwise respond to the First Amended Complaint;
5  WHEREAS the next hearing in this matter is presently scheduled for November 5, 2010,
6  and at which hearing this Honorable Court will rule upon the pending motions to dismiss the
7  First Amended Complaint and/or for more definite statement filed by and/or joined in by
8  multiple defendants;
9  IT IS HEREBY AGREED AND STIPULATED that should this Court DENY the
10  pending motions to dismiss the First Amended Complaint and/or for more definite statement,
11  that the deadline by which A&S Metals must answer or otherwise respond to the First Amended
12  Complaint shall be November 9, 2010; and
13  IT IS FURTHER HEREBY AGREED AND STIPULATED that should this Court
14  GRANT the pending motions to dismiss the First Amended Complaint and/or or more definite
15  statement, that defendant A&S Metals will have 21 days from service of the Second Amended
16  Complaint to answer or otherwise respond to the Second Amended Complaint.
17  IT IS SO STIPULATED.

Dated: September __, 2010                FENTON & KELLER

                                         By: _____
                                         Dennis G. McCarthy
                                         Attorneys for Defendant
                                         A&S METALS

Dated: September 16, 2010                ROPERS, MAJESKI, KOHN & BENTLEY

                                         By: _____
                                         ERNEST E. PRICE
                                         ARNOLD E. SKLAR
                                         EUGENE S. SUH
                                         Attorneys for Plaintiffs
                                         NATIONAL UNION FIRE INSURANCE

## ORDER

By stipulation, and for good cause shown, it is hereby ordered that should this Court deny the pending motions to dismiss the First Amended Complaint and/or for more definite statement, that the deadline by which defendant A&S Metals must answer or otherwise respond to the First Amended Complaint shall be November 9, 2010; and should this Court grant the pending motions to dismiss the First Amended Complaint and/or for more definite statement, that defendant A&S Metals will have 21 days from service of the Second Amended Complaint to answer or otherwise respond to the Second Amended Complaint.

IT IS SO ORDERED.

Dated: September 27, 2010

_____
JEREMY FOGEL
UNITED STATES DISTRICT JUDGE