1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., JAMES LUCERO, an Individual, SHELLEY LUCERO, an Individual, ARACELLI FRANCO, an Individual, ELVIA NENQUE, an Individual, MARTHA RENTERIA, an Individual, JOE MORSE, an Individual, TOM OVERTON, an Individual, RICHARD ANDRADE, an Individual, JOSE SALVATIER, an Individual, DANIEL SANCHEZ, an Individual, RUDY HERNANDEZ, an Individual, GUILLERMO CEBALLOS, an Individual, RANDY VARGAS, an Individual, VALLEY RECYCLING, RANDAZZO ENTERPRISES, DOMINGUEZ & SONS, PREMIER RECYCLING, PACIFIC COAST RECYCLING, GIBSON'S RESOURCE GROUP, CAL WASTE, ACCURATE CLEANING SYSTEMS, ALVISO, A&S METALS, D&C CONSTRUCTION, JLV EQUIPMENT, DVBE TRUCKING, NOGALERA TRUCKING, A&A RECYCLING, BAY AREA HAULING MAINTENANCE, | CASE NO.  CV10-01324 JF<br><br>[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO SERVE REMAINING DEFENDANTS |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | DEPENDABLE WASTE SOLUTIONS, PARAMOUNT DRYWALL, RAD ROLL-OFF, ALL TRASH, BAY CAL RECYCLING, JM HAULING, ALMADEN CONSTRUCTION, DEL TORO, ESPINOZA & DAUGHTER HAULING, AFFORDABLE ROOFING, and DOES 1 through 100,<br><br>                Defendants. |

7  **THE COURT, HAVING READ AND CONSIDERED** Plaintiff, NATIONAL UNION

8  FIRE INSURANCE COMPANY OF PITTSBURGH, P.A.'s (hereinafter "National Union" or

9  "Plaintiff") Motion for an Additional Extension of Time to Serve Remaining Defendants

10  ("Motion"), pursuant to Fed. R. Civ. P. 4(m) and Local Rule 6**, grants the Motion**.

11  Plaintiff shall complete its service of process by   February 11  , 201 1 .

12

13  **IT IS SO ORDERED:**

14

15  **DATED:** 11/12/10                                    _____

16                                                                                **Hon. Judge Jeremy Fogel**
                                                                                **United States District Court Judge**
17

18
     **Submitted By:**
19   **ROPERS, MAJESKI, KOHN & BENTLEY PC**

20   **By** */s/ Eugene S. Suh*
     **ERNEST E. PRICE (SBN 164534)**
21   **ARNIE SKLAR (SBN 51595)**
     **EUGENE S. SUH (SBN 245313)**
22   **ROPERS, MAJESKI, KOHN & BENTLEY**
     **515 South Flower Street, Suite 1100**
23   **Los Angeles, California  90071-2213**
     **Telephone:    (213) 312-2000**
24   **Facsimile:     (213) 312-2001**

25   **Attorneys for Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY**
     **OF PITTSBURGH, PA, , a Pennsylvania Corporation**
26

27

28

| | |
|---|---|
| CASE NAME: | *National Union Fire Insurance Company of Pittsburgh, PA, a Pennsylvania Corporation v. Resource Development Services, Inc., et al.* |
| ACTION NO.: | CV10-01324-JF-PVT                USDC - Northern District of California, *Hon. Judge Jeremy Fogel*                                        San Jose Division |

## CERTIFICATE OF SERVICE

I hereby certify that the following document:

**[PROPOSED] ORDER REGARDING PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR REQUEST OF ADDITIONAL EXTENSION OF TIME TO SERVE REMAINING DEFENDANTS; DECLARATION OF EUGENE S. SUH IN SUPPORT THEREOF**

was served on the following persons on this date and in the manner specified herein:

☒    **Electronically Serviced Through ECF:**

| | |
|---|---|
| Amy R. Carlson, Esq.<br>*Attorneys for Defendant CAL WASTE* | amy@calemploy.com |
| Brian M. Affrunti, Esq.<br>*Attorneys for Defendant GUILLERMO CEBALLOS* | baffrunti@bwslaw.com<br>hlee@bwslaw.com |
| Dennis G. McCarthy, Esq.<br>FENTON & KELLER<br>*Attorneys for Defendant A&S METALS* | DMcCarthy@FentonKeller.com |
| Edward F. Cullen, Esq.<br>*Attorneys for Defendant CAL WASTE* | ecullen@wpclaw.com |
| Gregg N. Dulik, Esq.<br>*Attorneys for Defendant JLV EQUIPMENT, INC.* | Gregg.dulik@sdma.com |
| Gregory J. Korbel, Esq.<br>*Attorneys for Defendant R&D MENDEZ ENTERPRISES, INC. dba ACCURATE CLEANING SYSTEMS, erroneously sued as ACCURATE CLEANING SYSTEMS* | gkorbel@millermorton.com<br>mes@millermorton.com |
| Josh Alan Cohen, Esq.<br>*Attorneys for Defendants JAMES LUCERO AND RESOURCE DEVELOPMENT SERVICES, INC.* | josh@cohenlawsf.com |

| | |
|---|---|
| Lawrence P. Ramirez, Esq.<br>*Attorneys for Defendant ENVIRONMENTAL RESOURCE RECOVER, INC. dba and sued as VALLEY RECYCLING* | lpramirez@thellg.com |
| Lindsey R. Adams, Esq.<br>*Attorneys for Defendant ENVIRONMENTAL RESOURCE RECOVER, INC. dba and sued as VALLEY RECYCLING* | ladams@thellg.com |
| Marc L. Shea, Esq.<br>*Attorneys for Defendant DOMINGUEZ & SONS* | mshea@popelka.com |
| Mark C. Russell, Esq.<br>*Attorneys for Defendant MARTHA RENTERIA* | mrussell@gordonrees.com |
| Richard Roger Roy, Esq.<br>*Attorneys for Defendant DOMINGUEZ & SONS* | rrr@richardroylaw.com |
| Robert S. Robinson, Esq.<br>*Attorneys for Defendant JONNA CORPORATION, INC. dba PREMIER RECYCLE COMPANY* | rob.robinson@lax.bowmandandbrooke.com |
| Steven E. Springer, Esq.<br>*Attorneys for Defendant PACIFIC COAST RECYCLING and Defendant GIBSON RESOURCE GROUP, INC.* | ses@springerlawoffices.com |
| Vincent Charles Catania, Esq.<br>*Attorneys for Defendant RANDAZZO ENTERPRISES, INC.* | vincent@redshift.com |
| Yesenia Marisol Santa Cruz, Esq.<br>*Attorneys for Defendant BAY AREA HAULING MAINTENANCE, INC.* | ysantacruz@efplawgroup.com |

☒    **Conventionally Served:**

*<u>Attorneys for Defendant RANDAZZO ENTERPRISES, INC.</u>*
Larry J. Lichtenegger, Esq.
LICHTENEGGER LAW OFFICE
3850 Rio Road, No. 58
Carmel, California 93923
Phone: (831) 626-2801
Email: lawyer@mbay.net

1  ***Attorneys for Defendant DOMINGUEZ & SONS***
   Alicia L. Moya, Esq.
2  LAW OFFICES OF RICHARD R. ROY
   4565 Ruffner Street, Suite 107
3  San Diego, California 92111
4  Phone: (858) 503-7969
   Fax:   (858) 503-7968
5  Email: rrr@richardroylaw.com

6

7  DATED: October 21, 2010

                                      /s/ *Eugene S. Suh*
8                                        Eugene S. Suh, Esq.
                                         ROPERS, MAJESKI, KOHN & BENTLEY
9                                        515 South Flower Street, Suite 1100
                                         Los Angeles, California  90071
10                                       Telephone:    (213) 312-2000
                                         Facsimile:     (213) 312-2001
11