MARTÍN A. SABELLI (SBN 164772)
149 Natoma Street, Suite 300
San Francisco, CA 94105
(415) 284-9806
msabelli@comcast.net

JOSH A. COHEN (SBN 217853)
Clarence Dyer & Cohen LLP
899 Ellis Street
San Francisco, CA 94109
(415) 749-1800
jcohen@clarencedyer.com

Attorneys for Defendant
RESOURCE DEVELOPMENT SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,<br><br>Plaintiff,<br><br>v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC. et al.,<br><br>Defendants. | CASE NO. C 10-01324 JF<br><br>**DEFENDANT RESOURCE DEVELOPMENT SERVICES, INC'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

Resource Development Services, Inc. ("RDS," or "Defendant"), by and through counsel, answers the allegations in National Union Fire Insurance Company of Pittsburgh's Second Amended Complaint as follows:

1.     Answering paragraph 1 of the Second Amended Complaint, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment regarding the plaintiff's corporate structure and principal place of business, and on that basis denies the averment in its entirety.

2.      Answering paragraph 2 of the Second Amended Complaint, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment regarding plaintiff's status as subrogee, and on that basis denies the averment in its entirety.

3.      Answering paragraph 3 of the Second Amended Complaint, RDS admits that RDS is a corporation organized and existing under the laws of the state of California with its principal place of business located in the County of Santa Clara.  RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment that RDS was incorporated and existed "at all times relevant hereto," and on that basis denies the averment.  Except as specifically admitted, RDS denies each and every averment of paragraph 3.

4.      Answering paragraph 4 of the Second Amended Complaint, this paragraph is directed to a party other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

5.      Answering paragraph 5 of the Second Amended Complaint, this paragraph is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

6.      Answering paragraph 6 of the Second Amended Complaint, this paragraph is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

7.      Answering paragraph 7 of the Second Amended Complaint, this paragraph is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

8.      Answering paragraph 8 of the Second Amended Complaint, this paragraph is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

1   of the averment, and on that basis denies the averment.

2   　　　　9.　　　Answering paragraph 9 of the Second Amended Complaint, this paragraph is

3   directed to parties other than RDS, and no response is required.  To the extent that a response is

4   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

5   of the averment, and on that basis denies the averment.

6   　　　　10.　　Answering paragraph 10 of the Second Amended Complaint, this paragraph is

7   directed to parties other than RDS, and no response is required.  To the extent that a response is

8   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

9   of the averment, and on that basis denies the averment.

10   　　　　11.　　Answering paragraph 11 of the Second Amended Complaint, this paragraph is

11   directed to parties other than RDS, and no response is required.  To the extent that a response is

12   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

13   of the averment, and on that basis denies the averment.

14   　　　　12.　　Answering paragraph 12 of the Second Amended Complaint, this paragraph is

15   directed to parties other than RDS, and no response is required.  To the extent that a response is

16   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

17   of the averment, and on that basis denies the averment.

18   　　　　13.　　Answering paragraph 13 of the Second Amended Complaint, this paragraph is

19   directed to parties other than RDS, and no response is required.  To the extent that a response is

20   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

21   of the averment, and on that basis denies the averment.

22   　　　　14.　　Answering paragraph 14 of the Second Amended Complaint, this paragraph is

23   directed to parties other than RDS, and no response is required.  To the extent that a response is

24   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

25   of the averment, and on that basis denies the averment.

26   　　　　15.　　Answering paragraph 15 of the Second Amended Complaint, this paragraph is

27   directed to parties other than RDS, and no response is required.  To the extent that a response is

28   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

1    of the averment, and on that basis denies the averment.

2        16.    Answering paragraph 16 of the Second Amended Complaint, this paragraph is

3    directed to parties other than RDS, and no response is required.  To the extent that a response is

4    deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

5    of the averment, and on that basis denies the averment.

6        17.    Answering paragraph 17 of the Second Amended Complaint, this paragraph is

7    directed to parties other than RDS, and no response is required.  To the extent that a response is

8    deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

9    of the averment, and on that basis denies the averment.

10       18.    Answering paragraph 18 of the Second Amended Complaint, this paragraph is

11   directed to parties other than RDS, and no response is required.  To the extent that a response is

12   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

13   of the averment, and on that basis denies the averment.

14       19.    Answering paragraph 19 of the Second Amended Complaint, this paragraph is

15   directed to parties other than RDS, and no response is required.  To the extent that a response is

16   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

17   of the averment, and on that basis denies the averment.

18       20.    Answering paragraph 20 of the Second Amended Complaint, this paragraph is

19   directed to parties other than RDS, and no response is required.  To the extent that a response is

20   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

21   of the averment, and on that basis denies the averment.

22       21.    Answering paragraph 21 of the Second Amended Complaint, this paragraph is

23   directed to parties other than RDS, and no response is required.  To the extent that a response is

24   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

25   of the averment, and on that basis denies the averment.

26       22.    Answering paragraph 22 of the Second Amended Complaint, this paragraph is

27   directed to parties other than RDS, and no response is required.  To the extent that a response is

28   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

1  of the averment, and on that basis denies the averment.

2      23.    Answering paragraph 23 of the Second Amended Complaint, this paragraph is

3  directed to parties other than RDS, and no response is required.  To the extent that a response is

4  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

5  of the averment, and on that basis denies the averment.

6      24.    Answering paragraph 24 of the Second Amended Complaint, this paragraph is

7  directed to parties other than RDS, and no response is required.  To the extent that a response is

8  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

9  of the averment, and on that basis denies the averment.

10      25.    Answering paragraph 25 of the Second Amended Complaint, this paragraph is

11  directed to parties other than RDS, and no response is required.  To the extent that a response is

12  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

13  of the averment, and on that basis denies the averment.

14      26.    Answering paragraph 26 of the Second Amended Complaint, this paragraph is

15  directed to parties other than RDS, and no response is required.  To the extent that a response is

16  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

17  of the averment, and on that basis denies the averment.

18      27.    Answering paragraph 27 of the Second Amended Complaint, this paragraph is

19  directed to parties other than RDS, and no response is required.  To the extent that a response is

20  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

21  of the averment, and on that basis denies the averment.

22      28.    Answering paragraph 28 of the Second Amended Complaint, this paragraph is

23  directed to parties other than RDS, and no response is required.  To the extent that a response is

24  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

25  of the averment, and on that basis denies the averment.

26      29.    Answering paragraph 29 of the Second Amended Complaint, this paragraph is

27  directed to parties other than RDS, and no response is required.  To the extent that a response is

28  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

1   of the averment, and on that basis denies the averment.

2         30.     Answering paragraph 30 of the Second Amended Complaint, this paragraph is

3   directed to parties other than RDS, and no response is required.  To the extent that a response is

4   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

5   of the averment, and on that basis denies the averment.

6         31.     Answering paragraph 31 of the Second Amended Complaint, this paragraph is

7   directed to parties other than RDS, and no response is required.  To the extent that a response is

8   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

9   of the averment, and on that basis denies the averment.

10        32.     Answering paragraph 32 of the Second Amended Complaint, this paragraph is

11  directed to parties other than RDS, and no response is required.  To the extent that a response is

12  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

13  of the averment, and on that basis denies the averment.

14        33.     Answering paragraph 33 of the Second Amended Complaint, this paragraph is

15  directed to parties other than RDS, and no response is required.  To the extent that a response is

16  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

17  of the averment, and on that basis denies the averment.

18        34.     Answering paragraph 34 of the Second Amended Complaint, this paragraph is

19  directed to parties other than RDS, and no response is required.  To the extent that a response is

20  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

21  of the averment, and on that basis denies the averment.

22        35.     Answering paragraph 35 of the Second Amended Complaint, this paragraph is

23  directed to parties other than RDS, and no response is required.  To the extent that a response is

24  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

25  of the averment, and on that basis denies the averment.

26        36.     Answering paragraph 36 of the Second Amended Complaint, this paragraph is

27  directed to parties other than RDS, and no response is required.  To the extent that a response is

28  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

1  of the averment, and on that basis denies the averment.

2      37.      Answering paragraph 37 of the Second Amended Complaint, this paragraph is

3  directed to parties other than RDS, and no response is required.  To the extent that a response is

4  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

5  of the averment, and on that basis denies the averment.

6      38.      Answering paragraph 38 of the Second Amended Complaint, this paragraph is

7  directed to parties other than RDS, and no response is required.  To the extent that a response is

8  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

9  of the averment, and on that basis denies the averment.

10      39.      Answering paragraph 39 of the Second Amended Complaint, this paragraph is

11  directed to parties other than RDS, and no response is required.  To the extent that a response is

12  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

13  of the averment, and on that basis denies the averment.

14      40.      Answering paragraph 40 of the Second Amended Complaint, this paragraph is

15  directed to parties other than RDS, and no response is required.  To the extent that a response is

16  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

17  of the averment, and on that basis denies the averment.

18      41.      Answering paragraph 41 of the Second Amended Complaint, this paragraph is

19  directed to parties other than RDS, and no response is required.  To the extent that a response is

20  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

21  of the averment, and on that basis denies the averment.

22      42.      Answering paragraph 42 of the Second Amended Complaint, this paragraph is

23  directed to parties other than RDS, and no response is required.  To the extent that a response is

24  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

25  of the averment, and on that basis denies the averment.

26      43.      Answering paragraph 43 of the Second Amended Complaint, RDS admits that

27  plaintiff alleges that the Court has subject-matter jurisdiction pursuant to 28 U.S.C. §1332 but

28  denies the merits of each and every claim alleged against them in the Complaint.  Except as

1  specifically admitted, RDS denies each and every averment of paragraph 43.

2      44.    Answering paragraph 44 of the Second Amended Complaint, RDS admits that

3  plaintiff alleges that venue is proper in this judicial district, but denies having engaged in any

4  transactions, acts, practices, or courses of conduct constituting a violation of the laws upon which

5  venue is allegedly based.  Except as specifically admitted, RDS denies each and every averment of

6  paragraph 44.

7      45.    Answering paragraph 45 of the Second Amended Complaint, RDS admits that RDS

8  operated as a broker between waste-hauling companies and landfills, and negotiated disposal rates

9  with landfills, including the Kirby Canyon Landfill.  Except as specifically admitted, RDS denies

10  each and every averment of paragraph 45.

11      46.    Answering paragraph 46 of the Second Amended Complaint, RDS admits that Mr.

12  Lucero was a principal of RDS.  Except as specifically admitted, RDS denies each and every

13  averment of paragraph 46.

14      47.    Answering paragraph 47 of the Second Amended Complaint, RDS admits that

15  Aracelli Franco was employed by RDS as a billing clerk.  As to the averments regarding Franco's

16  conduct, these averments are directed to a party other than RDS, and no response is required.  To

17  the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to

18  form a belief as to the truth of the averment, and on that basis denies the averment.  Except as

19  specifically admitted, RDS denies each and every averment of paragraph 47.

20      48.    Answering paragraph 48 of the Second Amended Complaint, RDS admits that

21  Elvia Nenque was employed by RDS as a billing clerk.  As to the averments regarding Nenque's

22  conduct, these averments are directed to a party other than RDS, and no response is required.  To

23  the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to

24  form a belief as to the truth of the averment, and on that basis denies the averment.  Except as

25  specifically admitted, RDS denies each and every averment of paragraph 48.

26      49.    Answering paragraph 49 of the Second Amended Complaint, RDS admits that

27  Martha Renteria was employed by RDS as an accountant and bookkeeper, and that she worked in

28  a business suite in Salinas, California.  As to the averments regarding Renteria's conduct, these

averments are directed to a party other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.  Except as specifically admitted, RDS denies each and every averment of paragraph 49.

50.     Answering paragraph 50 of the Second Amended Complaint, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

51.     Answering paragraph 51 of the Second Amended Complaint, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

52.     Answering paragraph 52 of the Second Amended Complaint, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

53.     Answering paragraph 53 of the Second Amended Complaint, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

54.     Answering paragraph 54 of the Second Amended Complaint, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

55.     Answering paragraph 55 of the Second Amended Complaint, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

56.     Answering paragraph 56 of the Second Amended Complaint, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

57.     Answering paragraph 57 of the Second Amended Complaint, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

58.     Answering paragraph 58 of the Second Amended Complaint, RDS admits that Valley Recycling, Randazzo Enterprises, Dominguez & Sons, Premier Recycling, Pacific Coast Recycling, Gibson's Resource Group, Cal Waste, Accurate Cleaning Systems, Alviso, A&S Metals, D&C Construction, JLV Equipment, DVBE Trucking, Nogalera Trucking, A&A Recycling, Bay Area Hauling Maintenance, Dependable Waste Solutions, Paramount Drywall, RAD Roll-Off, All Trash, Bay Cal Recycling, JM Hauling, Almaden Construction, Del Toro, Espinoza & Daughter Hauling, and Affordable Roofing were RDS trucking customers.  As to the averments regarding actions of those defendants, those averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.  As to the averments regarding whether the trucking company defendants were RDS customers "at all relevant times," RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment. Except as specifically admitted, RDS denies each and every averment of paragraph 58.

59.     Answering paragraph 59 of the Second Amended Complaint, RDS denies the averments.

60.     Answering paragraph 60 of the Second Amended Complaint, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

61.     Answering paragraph 61 of the Second Amended Complaint, RDS lacks

information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

62.     Answering paragraph 62 of the Second Amended Complaint, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

63.     Answering paragraph 63 of the Second Amended Complaint, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

64.     Answering paragraph 64 of the Second Amended Complaint, RDS denies each and every averment in this paragraph.

65.     Answering paragraph 65 of the Second Amended Complaint, as to the averments directed to parties other than RDS, no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.  RDS denies each and every remaining averment in paragraph 65.

66.     Answering paragraph 66 of the Second Amended Complaint, as to the averments directed to parties other than RDS, no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.  RDS denies each and every remaining averment in paragraph 66.

67.     Answering paragraph 67 of the Second Amended Complaint, as to the averments directed to parties other than RDS, no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.  RDS denies each and every remaining averment in paragraph 67.

68.     Answering paragraph 68 of the Second Amended Complaint, as to the averments directed to parties other than RDS, no response is required.  To the extent that a response is

1  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

2  of the averments, and on that basis denies the averments. RDS denies each and every remaining

3  averment in paragraph 68.

4        69.     Answering paragraph 69 of the Second Amended Complaint, the averment

5  regarding what the trucking company defendants "knew" is directed to parties other than RDS,

6  and no response is required. The averments in the second sentence are directed to parties other

7  than RDS, and no response is required. To the extent that a response is deemed necessary, RDS

8  lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on

9  that basis denies the averments. RDS denies each and every remaining averment of paragraph 69.

10        70.     Answering paragraph 70 of the Second Amended Complaint, the averment

11  regarding what each and every one of the trucking company defendants "knew" or "understood" is

12  directed to parties other than RDS, and no response is required. To the extent that a response is

13  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

14  of the averment, and on that basis denies the averment. RDS denies each and every remaining

15  averment of paragraph 70.

16        71.     Answering paragraph 71 of the Second Amended Complaint, the averment

17  regarding what each and every one of the trucking company defendants "knew" or "understood" is

18  directed to parties other than RDS, and no response is required. To the extent that a response is

19  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

20  of the averment, and on that basis denies the averment. RDS denies each and every remaining

21  averment of paragraph 71.

22        72.     Answering paragraph 72 of the Second Amended Complaint, as to the averments

23  directed to parties other than RDS, no response is required. To the extent that a response is

24  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

25  of the averments, and on that basis denies the averments. RDS denies each and every remaining

26  averment of paragraph 72.

27        73.     Answering paragraph 73 of the Second Amended Complaint, the averments in the

28  first sentence regarding what each of the trucking company defendants "knew" are directed to

parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.  RDS denies each and every remaining averment of paragraph 73.

74.     Answering paragraph 74 of the Second Amended Complaint, the averments in this paragraph regarding the actions of any other defendant are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.  RDS denies each and every remaining averment of paragraph 74.

75.     Answering paragraph 75 of the Second Amended Complaint, this paragraph purports to reaffirm and reallege each and every allegation set forth in paragraphs 1 through 74, to which no additional response is required.

76.     Answering paragraph 76 of the Second Amended Complaint, the averments in this paragraph regarding the actions of any other defendant are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.  RDS denies each and every remaining averment of paragraph 76.

a.     Answering subparagraph (a) of paragraph 76 of the Second Amended Complaint, the averments in this subparagraph are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

b.     Answering subparagraph (b) of paragraph 76 of the Second Amended Complaint, RDS denies the averment.

c.     Answering subparagraph (c) of paragraph 76 of the Second Amended Complaint, RDS denies the averment.  To the extent the averment in this subparagraph refers to actions taken by "Lucero and/or Franco," the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks

1  information or knowledge sufficient to form a belief as to the truth of the averment, and on that

2  basis denies the averment.

3       77.    Answering paragraph 77 of the Second Amended Complaint, the averment

4  regarding the awareness of any other defendant is directed to parties other than RDS, and no

5  response is required.  To the extent that a response is deemed necessary, RDS lacks information or

6  knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the

7  averment.  RDS denies each and every remaining averment of paragraph 77.

8       a.    Answering subparagraph (a) of paragraph 77, the averments are directed to

9  parties other than RDS, and no response is required.  To the extent that a response is deemed

10  necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the

11  averments, and on that basis denies the averments.

12       b.    Answering subparagraph (b) of paragraph 77, the averment is directed to

13  parties other than RDS, and no response is required.  To the extent that a response is deemed

14  necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the

15  averment, and on that basis denies the averment.

16       c.    Answering subparagraph (c) of paragraph 77, RDS denies each and every

17  averment.

18       d.    Answering subparagraph (d) of paragraph 77, the averment is directed to

19  parties other than RDS, and no response is required.  To the extent that a response is deemed

20  necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the

21  averment, and on that basis denies the averment.

22       e.    Answering subparagraph (e) of paragraph 77, the averment is directed to

23  parties other than RDS, and no response is required.  To the extent that a response is deemed

24  necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the

25  averment, and on that basis denies the averment.

26       f.    Answering subparagraph (f) of paragraph 77, the averment is directed to

27  parties other than RDS, and no response is required.  To the extent that a response is deemed

28  necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the

1    averment, and on that basis denies the averment.

2              g.       Answering subparagraph (g) of paragraph 77, the averment is directed to

3    parties other than RDS, and no response is required.  To the extent that a response is deemed

4    necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the

5    averment, and on that basis denies the averment.

6              h.       Answering subparagraph (h) of paragraph 77, the averment is directed to

7    parties other than RDS, and no response is required.  To the extent that a response is deemed

8    necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the

9    averment, and on that basis denies the averment..

10    78.       Answering paragraph 78 of the Second Amended Complaint, the averment

11   concerning Franco's awareness is directed to parties other than RDS, and no response is required.

12   To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient

13   to form a belief as to the truth of the averment, and on that basis denies the averment.

14             a.       Answering subparagraph (a) of paragraph 78, the averment is directed to

15   parties other than RDS, and no response is required.  To the extent that a response is deemed

16   necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the

17   averment, and on that basis denies the averment.

18             b.       Answering subparagraph (b) of paragraph 78, the averment is directed to

19   parties other than RDS, and no response is required.  To the extent that a response is deemed

20   necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the

21   averment, and on that basis denies the averment.

22             c.       Answering subparagraph (c) of paragraph 78, the averments in this

23   subparagraph regarding the actions of other defendants are directed to parties other than RDS, and

24   no response is required.  To the extent that a response is deemed necessary, RDS lacks

25   information or knowledge sufficient to form a belief as to the truth of the averment, and on that

26   basis denies the averment.  RDS denies each and every remaining averment of subparagraph (c).

27             d.       Answering subparagraph (d) of paragraph 78, RDS admits that Franco was

28   at one time responsible for RDS's accounts receivables and billing and that she prepared some

1    invoices for some of the trucking company defendants.  As to the averments regarding the

2    "understanding" of Franco, the averments are directed to parties other than RDS, and no response

3    is required.  To the extent that a response is deemed necessary, RDS lacks information or

4    knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the

5    averments.  Except as specifically admitted, RDS denies each and every averment of subparagraph

6    (d).

7                    e.          Answering subparagraph (e) of paragraph 78, as to the averment directed to

8    parties other than RDS, no response is required.  To the extent that a response is deemed

9    necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the

10   averment regarding Franco's awareness of any facts, and on that basis denies the averment.  RDS

11   denies each and every remaining averment of subparagraph (e).

12            79.        Answering paragraph 79 of the Second Amended Complaint, the averment

13   regarding Nenque's awareness is directed to parties other than RDS, and no response is required.

14   To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient

15   to form a belief as to the truth of the averment, and on that basis denies the averment.  RDS denies

16   each and every remaining averment of paragraph 79.

17                    a.          Answering subparagraph (a) of paragraph 79, the averment is directed to

18   parties other than RDS, and no response is required.  To the extent that a response is deemed

19   necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the

20   averment, and on that basis denies the averment.

21                    b.          Answering subparagraph (b) of paragraph 79, the averment is directed to

22   parties other than RDS, and no response is required.  To the extent that a response is deemed

23   necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the

24   averment, and on that basis denies the averment.

25            80.        Answering paragraph 80 of the Second Amended Complaint, RDS admits that

26   Renteria was tasked with handling some of RDS's accounts payable and disbursements.  As to the

27   averment regarding Renteria's awareness, or the awareness or actions of other defendants, the

28   averment is directed to parties other than RDS, and no response is required.  To the extent that a

1   response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as

2   to the truth of the averment, and on that basis denies the averment.  Except as specifically

3   admitted, RDS denies each and every averment of paragraph 80.

4          81.     Answering paragraph 81 of the Second Amended Complaint, the averments

5   regarding the knowledge or actions of any other defendants or Waste Management are directed to

6   parties other than RDS, and no response is required.  To the extent that a response is deemed

7   necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the

8   averments, and on that basis denies the averments.  As to the averment regarding materiality, this

9   averment calls for a legal conclusion to which no response is required.  To the extent that a

10  response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as

11  to the truth of the averment, and on that basis denies the averment.  RDS denies each and every

12  remaining averment of paragraph 81.

13         82.     Answering paragraph 82 of the Second Amended Complaint, the averments

14  regarding the actions of any other defendants are directed to parties other than RDS, and no

15  response is required.  To the extent that a response is deemed necessary, RDS lacks information or

16  knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the

17  averments.  RDS denies each and every remaining averment of paragraph 82.

18         83.     Answering paragraph 83 of the Second Amended Complaint, the averments

19  regarding the actions of any other defendants are directed to parties other than RDS, and no

20  response is required.  To the extent that a response is deemed necessary, RDS lacks information or

21  knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the

22  averments.  RDS denies each and every remaining averment of paragraph 83.

23         84.     Answering paragraph 84 of the Second Amended Complaint, as to the averments

24  directed to parties other than RDS, no response is required.  To the extent that a response is

25  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

26  of the averments, and on that basis denies the averments.  RDS denies each and every remaining

27  averment of paragraph 84.

28         85.     Answering paragraph 85 of the Second Amended Complaint, the averments

1  regarding the actions of any other defendants are directed to parties other than RDS, and no

2  response is required.  To the extent that a response is deemed necessary, RDS lacks information or

3  knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the

4  averments.  RDS denies each and every remaining averment of paragraph 85.

5      86.    Answering paragraph 86 of the Second Amended Complaint, the averments

6  regarding the actions and duties of any other defendants are directed to parties other than RDS,

7  and no response is required.  To the extent that a response is deemed necessary, RDS lacks

8  information or knowledge sufficient to form a belief as to the truth of the averments, and on that

9  basis denies the averments.  As to the averments regarding legal duties, these averments call for a

10  legal conclusion to which no response is required.  To the extent that a response is deemed

11  necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the

12  averments, and on that basis denies the averments. RDS denies each and every remaining

13  averment of paragraph 86.

14      87.    Answering paragraph 87 of the Second Amended Complaint, the averments are

15  directed to parties other than RDS, and no response is required.  To the extent that a response is

16  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

17  of the averments, and on that basis denies the averments.

18      88.    Answering paragraph 88 of the Second Amended Complaint, RDS denies each and

19  every averment.

20      89.    Answering paragraph 89 of the Second Amended Complaint, plaintiff's claim for

21  punitive damages was previously stricken by order of this Court, so no response from RDS is

22  required.  Moreover, the averments in this paragraph state a legal conclusion that requires no

23  response.  To the extent that a response is deemed necessary, RDS denies the averments in their

24  entirety.

25      90.    Answering paragraph 90 of the Second Amended Complaint, this paragraph

26  purports to reaffirm and reallege each and every allegation set forth in paragraphs 1 through 89, to

27  which no additional response is required.

28      91.    Answering paragraph 91 of the Second Amended Complaint, as to the averments

1  directed to parties other than RDS, no response is required.  To the extent that a response is

2  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

3  of the averments, and on that basis denies the averments.  RDS denies each and every remaining

4  averment of paragraph 91.

5      92.     Answering paragraph 92 of the Second Amended Complaint, as to the averments

6  directed to parties other than RDS, no response is required.  To the extent that a response is

7  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

8  of the averments, and on that basis denies the averments.  RDS denies each and every remaining

9  averment of paragraph 92.

10     93.     Answering paragraph 93 of the Second Amended Complaint, as to the averments

11  directed to parties other than RDS, no response is required.  To the extent that a response is

12  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

13  of the averments, and on that basis denies the averments.  RDS denies each and every remaining

14  averment of paragraph 93.

15     94.     Answering paragraph 94 of the Second Amended Complaint, as to the averments

16  directed to parties other than RDS, no response is required.  To the extent that a response is

17  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

18  of the averments, and on that basis denies the averments.  RDS denies each and every remaining

19  averment of paragraph 94.

20     95.     Answering paragraph 95 of the Second Amended Complaint, RDS denies having

21  acted in concert or otherwise conspired with any other defendant.  As to any averments regarding

22  the knowledge or acts of other defendants, the averments are directed to parties other than RDS,

23  and no response is required.  To the extent that a response is deemed necessary, RDS lacks

24  information or knowledge sufficient to form a belief as to the truth of the averments, and on that

25  basis denies the averments.  RDS denies each and every remaining averment of paragraph 95.

26     96.     Answering paragraph 96 of the Second Amended Complaint, as to the averments

27  directed to parties other than RDS, no response is required.  To the extent that a response is

28  deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

of the averments, and on that basis denies the averments.  RDS denies each and every remaining averment of paragraph 96.

97.      Answering paragraph 97 of the Second Amended Complaint, RDS denies that it conspired or agreed with any other defendant to conceal any facts.  As to the averments regarding the knowledge or acts of other defendants, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.  RDS denies each and every remaining averment of paragraph 97.

98.      Answering paragraph 98 of the Second Amended Complaint, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

99.      Answering paragraph 99 of the Second Amended Complaint, as to the averments regarding the actions of other defendants, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.  RDS denies each and every remaining averment of paragraph 99.

100.      Answering paragraph 100 of the Second Amended Complaint, as to any averments regarding the actions of other defendants, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.  RDS denies each and every remaining averment of paragraph 100.

101.      Answering paragraph 101 of the Second Amended Complaint, RDS denies each and every averment.

102.      Answering paragraph 102 of the Second Amended Complaint, as to any averments regarding the actions of other parties, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the

1   averments. RDS denies each and every remaining averment of paragraph 102.

2        103.   Answering paragraph 103 of the Second Amended Complaint, plaintiff's claim for

3   punitive damages was previously stricken by order of this Court, so no response from RDS is

4   required. Moreover, the averments in this paragraph state a legal conclusion that requires no

5   response. To the extent that a response is deemed necessary, RDS denies the averments in their

6   entirety.

7        104.   Answering paragraph 104 of the Second Amended Complaint, this paragraph

8   purports to reaffirm and reallege each and every allegation set forth in paragraphs 1 through 103,

9   to which no additional response is required.

10       105.   Answering paragraph 105 of the Second Amended Complaint, the averments are

11   directed to parties other than RDS, and no response is required. To the extent that a response is

12   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

13   of the averments, and on that basis denies the averments.

14       106.   Answering paragraph 106 of the Second Amended Complaint, the averments are

15   directed to parties other than RDS, and no response is required. To the extent that a response is

16   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

17   of the averments, and on that basis denies the averments.

18       107.   Answering paragraph 107 of the Second Amended Complaint, the averment is

19   directed to parties other than RDS, and no response is required. To the extent that a response is

20   deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth

21   of the averment, and on that basis denies the averment.

22       108.   Answering paragraph 108 of the Second Amended Complaint, as to the averments

23   regarding the actions and knowledge of other defendants, the averments are directed to parties

24   other than RDS, and no response is required. To the extent that a response is deemed necessary,

25   RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments,

26   and on that basis denies the averments. RDS denies each and every remaining averment of

27   paragraph 108.

28       109.   Answering paragraph 109 of the Second Amended Complaint, as to any averments

regarding the actions of other parties, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.  RDS denies each and every remaining averment of paragraph 109.

110.    Answering paragraph 110 of the Second Amended Complaint, the averments call for a legal conclusion and are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

111.    Answering paragraph 111 of the Second Amended Complaint, this paragraph purports to reaffirm and reallege each and every allegation set forth in paragraphs 1 through 89, to which no additional response is required.

112.    Answering paragraph 112 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

113.    Answering paragraph 113 of the Second Amended Complaint, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.

114.    Answering paragraph 114 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

115.    Answering paragraph 115 of the Second Amended Complaint, as to the averments regarding the knowledge or actions of other defendants, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.  RDS denies each and every remaining averment of paragraph

115.

116.    Answering paragraph 116 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

117.    Answering paragraph 117 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

118.    Answering paragraph 118 of the Second Amended Complaint, this paragraph purports to reaffirm and reallege each and every allegation set forth in paragraphs 1 through 89 and 111 through 117, to which no additional response is required.

119.    Answering paragraph 119 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

120.    Answering paragraph 120 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

121.    Answering paragraph 121 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

122.    Answering paragraph 122 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

123.    Answering paragraph 123 of the Second Amended Complaint, this paragraph purports to reaffirm and reallege each and every allegation set forth in paragraphs 1 through 74, to which no additional response is required.

124.    Answering paragraph 124 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

125.    Answering paragraph 125 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

126.    Answering paragraph 126 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

127.    Answering paragraph 127 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

128.    Answering paragraph 128 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

129.    Answering paragraph 129 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

130.    Answering paragraph 130 of the Second Amended Complaint, this paragraph

purports to reaffirm and reallege each and every allegation set forth in paragraphs 1 through 103, to which no additional response is required.

131.    Answering paragraph 131 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

132.    Answering paragraph 132 of the Second Amended Complaint, the averment that RDS were engaged in a fraudulent concealment calls for a legal conclusion to which no response is required.  To the extent that a response is deemed necessary, RDS denies the averment in its entirety.  As to the averments regarding the actions or knowledge of other defendants, the averments are directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averments, and on that basis denies the averments.  RDS denies each and every remaining averment of paragraph 132.

133.    Answering paragraph 133 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

134.    Answering paragraph 134 of the Second Amended Complaint, the averment is directed to parties other than RDS, and no response is required.  To the extent that a response is deemed necessary, RDS lacks information or knowledge sufficient to form a belief as to the truth of the averment, and on that basis denies the averment.

**DENIAL UNLESS EXPRESSLY ADMITTED**

RDS denies each and every allegation contained in the Second Amended Complaint that is not expressly admitted herein.

**PRAYER FOR RELIEF**

Answering the plaintiff's prayer for relief, RDS denies that plaintiff is entitled to any relief for which it prays, or any relief in any amount or of any kind whatsoever.

**AFFIRMATIVE DEFENSES**

As and for their affirmative defenses to plaintiff's Second Amended Complaint, Defendants state as follows:

**FIRST AFFIRMATIVE DEFENSE**

The Second Amended Complaint, and each and every claim for relief set forth therein, fails to state facts a claim against defendants upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

The Second Amended Complaint, and each and every claim for relief set forth therein, is barred by the applicable statute of limitations.

**THIRD AFFIRMATIVE DEFENSE**

The Second Amended Complaint, and each and every claim for relief set forth therein, is barred by the doctrine of laches.

**FOURTH AFFIRMATIVE DEFENSE**

The Second Amended Complaint, and each and every claim for relief set forth therein, is barred and the plaintiff is estopped from obtaining any recovery.

**FIFTH AFFIRMATIVE DEFENSE**

The Second Amended Complaint, and each cause of action therein, is barred by virtue of the doctrine of unclean hands.

**SIXTH AFFIRMATIVE DEFENSE**

The plaintiff and its insured failed and neglected to use reasonable care to minimize and mitigate the losses, injuries and damages complained of, if any there are.

**SEVENTH AFFIRMATIVE DEFENSE**

Should the plaintiff recover damages from RDS, RDS is entitled to indemnification, either in whole or in part, from all persons or entities whose negligence and/or fault proximately contributed to the damages alleged in the Second Amended Complaint, if any there are.

**EIGHTH AFFIRMATIVE DEFENSE**

RDS did not owe a duty to the plaintiff or its insured with regard to the allegations in the

Second Amended Complaint, and that the plaintiff, therefore, is barred from recovering from RDS.

### NINTH AFFIRMATIVE DEFENSE

The Second Amended Complaint, and each cause of action therein is barred and fails to state a cause of action against RDS in that the plaintiff and its insured failed to give timely and proper notice.

### TENTH AFFIRMATIVE DEFENSE

The plaintiff or its insured are at fault in and about the matters referred to in the Second Amended Complaint, and such fault on its part proximately caused and contributed to the damages complained of, if any.  RDS further alleges that any fault not attributable to the plaintiff or its insured is the result of fault on the part of persons and entities other than RDS.  This fault bars and proportionately reduces any recovery by the plaintiff against RDS.

### ELEVENTH AFFIRMATIVE DEFENSE

The injuries/damages sustained by the plaintiff, if any, were either wholly or in part negligently caused by persons, firms, corporations or entities other than RDS, and said negligence is either imputed to plaintiff or its insured by reason of the relationship of said parties to the plaintiff or its insured and/or said negligence comparatively reduces the percentage of negligence, if any, by RDS.

### TWELTH AFFIRMATIVE DEFENSE

The Second Amended Complaint, and each cause of action therein was not filed with reasonable cause, and in the good faith belief that there was a justifiable controversy under the facts and laws, which warranted the filing of the Second Amended Complaint.

### THIRTEENTH AFFIRMATIVE DEFENSE

Co-defendants, and each of them, named and unnamed in the Second Amended Complaint, were guilty of negligence or other acts or omissions in the matters set forth in the Second Amended Complaint, which proximately caused or contributed to the damages or loss complained of, if any, and that the Court is requested to determine and allocate the percentage of fault attributable to each of the co-defendants.

**RESERVATION OF RIGHTS**

RDS asserts that the Second Amended Complaint, and each cause of action therein, is stated in conclusory terms, and therefore RDS cannot fully anticipate all defenses that may be applicable to this action. Accordingly, RDS hereby reserves their right to add additional defenses, if any, to the extent such defenses are applicable to this action.

**PRAYER**

WHEREFORE, RDS requests judgment as follows:

1.    That the plaintiff take nothing by reason of its Second Amended Complaint;

2.    That the Second Amended Complaint be dismissed with prejudice;

3.    For costs of suit incurred herein; and

4.    For such other and further relief as the Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

RDS requests a trial by jury on all aspects of this case so triable.

DATED:  February 10, 2011          /s/ Josh A. Cohen
MARTÍN A. SABELLI
JOSH A. COHEN
Attorneys for Defendant Resource Development
Services, Inc.