MARTÍN A. SABELLI (SBN 164772)
149 Natoma Street, Suite 300
San Francisco, CA 94105
(415) 284-9806
msabelli@comcast.net

JOSH A. COHEN (SBN 217853)
Clarence Dyer & Cohen LLP
899 Ellis Street
San Francisco, CA 94109
(415) 749-1800
jcohen@clarencedyer.com

Attorneys for Defendant JAMES LUCERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,<br><br>Plaintiff,<br><br>v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC. et al.,<br><br>Defendants. | CASE NO. C 10-01324 JF<br><br>**DEFENDANT JAMES LUCERO'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT** |

  Defendant James Lucero hereby answers plaintiff National Union Fire Insurance Company of Pittsburgh's Second Amended Complaint as follows:

  In response to plaintiff's Second Amended Complaint, Mr. Lucero asserts his Fifth Amendment privilege against self-incrimination. Mr. Lucero has been criminally charged in *People v. James Lucero et al.*, Case No. CC828826, which is currently pending in Santa Clara County Superior Court. The criminal proceeding arises out of the same or related events as are alleged in plaintiff's Second Amended Complaint.

Mr. Lucero reserves the right to withdraw his assertion of the Fifth Amendment privilege and respond to the Second Amended Complaint prior to trial.

DATED: February 10, 2011       */s/ Josh A. Cohen*
MARTÍN A. SABELLI
JOSH A. COHEN
Attorneys for Defendant James Lucero