MARTÍN A. SABELLI
California Bar No. 164772
149 Natoma Street, Suite 300
San Francisco, California 94105
(415) 284-9806
msabelli@comcast.net

JOSH A. COHEN
California Bar No. 217853
633 Battery Street, Suite 110
San Francisco, California 94111
(415) 693-9173
josh@cohenlawsf.com

Attorneys for Defendants RESOURCE DEVELOPMENT SERVICES, INC. and JAMES LUCERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,<br><br>Plaintiff,<br><br>v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC. et al.,<br><br>Defendants. | CASE NO. C-10-01324 JF<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS RESOURCE DEVELOPMENT SERVICES, INC. AND JAMES LUCERO TO ANSWER OR OTHERWISE RESPOND TO SECOND AMENDED COMPLAINT |

## STIPULATION

WHEREAS plaintiff National Union Fire Insurance Company of Pittsburgh ("National Union") filed its original complaint in this action on March 29, 2010;

WHEREAS plaintiff National Union filed a First Amended Complaint on June 1, 2010;

WHEREAS the Court dismissed plaintiff's First Amended Complaint with leave to amend on November 5, 2010;

WHEREAS plaintiff filed a Second Amended Complaint on January 14, 2011;

WHEREAS defendants RDS and James Lucero must answer or otherwise respond to the Second Amended Complaint on or before January 31, 2011 pursuant to the Federal Rules of Civil Procedure;

WHEREAS plaintiff's counsel does not object to extending the time in which defendants RDS and James Lucero may answer or otherwise respond to the Second Amended Complaint;

WHEREAS the next hearing in this matter is presently scheduled for April 15, 2011;

IT IS HEREBY AGREED AND STIPULATED that the deadline by which defendants RDS and James Lucero must answer or otherwise respond to the First Amended Complaint should be extended to February 10, 2011.

IT IS SO STIPULATED.

DATED: January 31, 2011

/s/ Josh Cohen
MARTIN A. SABELLI
JOSH A. COHEN
Attorneys for Defendants Resources Development Services, Inc. and James Lucero

DATED: January 31, 2011

ROPERS, MAJESKI, KOHN & BENTLEY

EUGENE SUH
Attorneys for Plaintiff

### ORDER

By stipulation, and for good cause shown, it is hereby ordered that defendants Resources Development Services, Inc. and James Lucero shall have until February 10, 2011 to answer or otherwise respond to the Second Amended Complaint.

IT IS SO ORDERED.

DATED: 2/10, 2011

JEREMY FOGEL
UNITED STATES DISTRICT JUDGE