Richard R. Roy, Esq., SBN 90066
**LAW OFFICES OF RICHARD R. ROY**
4565 Ruffner St., Ste. 107
San Diego, CA 92111
Phone: (858) 503-7969
Fax: (858) 503-7968
rrr@richardroylaw.com

Attorneys for Defendant DOMINGUEZ & SONS TRUCKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., and DOES 1 to 100,<br><br>Defendants. | Case No.: CV10-01324 JF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' FILING DEADLINE FOR PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Hon. Jeremy Fogel |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

It is hereby stipulated by and between the parties, through their attorneys of record that defendants' response to plaintiff's Second Amended Complaint shall be extended ten (10) days from January 31, 2011 to February 9, 2011.

///

///

///

///

///

This Stipulation may be executed in subparts.

DATED: February 2, 2011      Respectfully submitted,

**LAW OFFICES OF RICHARD R. ROY, APC**

By: _/s/ Richard R. Roy_
Richard R. Roy, Esq.
Attorneys for Defendants
DOMINGUEZ & SONS TRUCKING, INC.

**ROPERS, MAJESKI, KOHN & BENTLEY**

By:_____
Eugene S. Suh
Attorneys for Plaintiff
National Union Fire Ins. Co.

**WILLIAMS, PINELLI & CULLEN, LLP**

By:_____
Edward F. Cullen
Attorneys for Cal Waste

**EPF LAW GROUP**

By:_____
Yesenia M. Santacruz
Attorneys for Defendant
Bay Area Hauling Maintenance

**LAW OFFICES OF STEVEN E. SPRINGER**

By: _____
Steven E. Springer
Attorney for Defendant
Pacific Coast Recycling

///

2

STIPULATION AND ORDER TO EXTEND DEFENDANTS' FILING DEADLINE
FOR PLAINTIFF'S SECOND AMENDED COMPLAINT Case No. CV10-01324 JF

**LICHTENEGGER LAW OFFICE**

By:_____
    Larry J. Lichtenegger
    Attorney for Defendant
    Randazzo Enterprises, Inc.

**BOWMAN & BROOKE, LLP**

By:_____
    Robert S. Robinson
    Attorneys for Defendant
    Premier Recycle Co.

**MILLER, MORTON, CAILLAT & NEVIS**

By:_____
    Gregory J. Korbel
    Attorneys for Defendant
    Accurate Cleaning System (ACS)

**LAW OFFICES OF VINCENT C. CATANIA**

By:_____
    Vincent C. Catania
    Attorney for Defendant
    Randazzo Enterprises

**BURKE, WILLIAMS & SORENSON**

By:_____
    Douglas W. Dal Cielo
    Attorneys for Defendant
    Guillermo Ceballos

**SEDGWICK, DETERT, MORAN & ARNOLD**

By:_____
    Gregg N. Dulik
    Attorneys for Defendant
    JLV Equipment, Inc.

///

## ORDER

Good cause appearing, **IT IS ORDERED:**

That defendants' response to plaintiff's Second Amended Complaint shall be extended ten (10) days from January 31, 2011 to February 9, 2011.

DATED: 2/7/11

Jeremy Fogel
United States District Judge

LAW OFFICES OF JOSH A. COHEN

By:_____
Josh A. Cohen
Attorney for Defendant
Resource Development Services, Inc.
And James Lucero

BURKE, WILLIAMS & SORENSON

By: /s/ *(signature)* for
Douglas W. Dal Cielo
Attorneys for Defendant
Guillermo Ceballos

SEDGWICK, DETERT, MORAN & ARNOLD

By:_____
Gregg N. Dulik
Attorneys for Defendant
JLV Equipment, Inc.

## ORDER

Good cause appearing, **IT IS ORDERED:**

That defendants' response to plaintiff's Second Amended Complaint shall be extended ten (10) days from January 31, 2011 to February 9, 2011.

DATED:_____          _____
                          Jeremy Fogel
                          United States District Judge

---

4

STIPULATION AND ORDER TO EXTEND DEFENDANTS' FILING DEADLINE
FOR PLAINTIFF'S SECOND AMENDED COMPLAINT                  CV10-01324 JF

**LICHTENEGGER LAW OFFICE**

By:_____
    Larry J. Lichtenegger
    Attorney for Defendant
    Randazzo Enterprises, Inc.

**BOWMAN & BROOKE, LLP**

By:_____
    Robert S. Robinson
    Attorneys for Defendant
    Premier Recycle Co.

**MILLER, MORTON, CAILLAT & NEVIS**

By:_____
    Gregory J. Korbel
    Attorneys for Defendant
    Accurate Cleaning System (ACS)

**LAW OFFICES OF VINCENT C. CATANIA**

By:_____
    Vincent C. Catania
    Attorney for Defendant
    Randazzo Enterprises

**GORDON & REES, LLP**

By:_____
    Mark C. Russell
    Attorneys for Defendant
    Martha Renteria

**LAW OFFICES OF MARTIN A. SABELLI**

_____
    Martin A. Sabelli, Esq.
    Attorneys for Defendants
    Resource Development Svc., Inc..
    And James Lucero

```
 1    LICHTENEGGER LAW OFFICE

 2    By: /s/ Larry J. Lichtenegger
 3        Larry J. Lichtenegger
          Attorney for Defendant
 4        Randazzo Enterprises, Inc.

 5
      BOWMAN & BROOKE, LLP
 6

 7    By:_____
          Robert S. Robinson
 8        Attorneys for Defendant
          Premier Recycle Co.
 9

10    MILLER, MORTON, CAILLAT & NEVIS

11
      By:_____
12        Gregory J. Korbel
          Attorneys for Defendant
13        Accurate Cleaning System (ACS)

14    LAW OFFICES OF VINCENT C. CATANIA

15
      By: /s/ Vincent C. Catania
16        Vincent C. Catania
          Attorney for Defendant
17        Randazzo Enterprises

18
      GORDON & REES, LLP
19

20    By:_____
          Mark C. Russell
21        Attorneys for Defendant
          Martha Renteria
22

23    LAW OFFICES OF MARTIN A. SABELLI

24
          _____
25        Martin A. Sabelli, Esq.
          Attorneys for Defendants
26        Resource Development Svc., Inc..
          And James Lucero
27

28
                          3
      STIPULATION AND ORDER TO EXTEND DEFENDANTS' FILING DEADLINE
      FOR PLAINTIFF'S SECOND AMENDED COMPLAINT          CV10-01324 JF
```

**LICHTENEGGER LAW OFFICE**

By:_____
    Larry J. Lichtenegger
    Attorney for Defendant
    Randazzo Enterprises, Inc.

**BOWMAN & BROOKE, LLP**

By:_____
    Robert S. Robinson
    Attorneys for Defendant
    Premier Recycle Co.

**MILLER, MORTON, CAILLAT & NEVIS**

By: _/s/_____
    Gregory J. Korbel
    Attorneys for Defendant
    Accurate Cleaning System (ACS)

**LAW OFFICES OF VINCENT C. CATANIA**

By:_____
    Vincent C. Catania
    Attorney for Defendant
    Randazzo Enterprises

**GORDON & REES, LLP**

By:_____
    Mark C. Russell
    Attorneys for Defendant
    Martha Renteria

**LAW OFFICES OF MARTIN A. SABELLI**

_____
    Martin A. Sabelli, Esq.
    Attorneys for Defendants
    Resource Development Svc., Inc..
    And James Lucero

Richard R. Roy, Esq.
Attorneys for Defendants
DOMINGUEZ & SONS TRUCKING, INC.

**ROPERS, MAJESKI, KOHN & BENTLEY**

By: _____
Eugene S. Suh
Attorneys for Plaintiff
National Union Fire Ins. Co.

**THE LITIGATION LAW GROUP**

By: _____
Lawrence Pedro Ramirez
Environmental Resource Recovery, Inc.

**WILLIAMS, PINELLI & CULLEN, LLP**

By: _____/s/_____ for
Edward F. Cullen
Attorneys for Cal Waste

**EPF LAW GROUP**

By: _____
Yesenia M. Santacruz
Attorneys for Defendant
Bay Area Hauling Maintenance

**LAW OFFICES OF STEVEN E. SPRINGER**

By: _____/s/_____
Steven E. Springer
Attorney for Defendant
Pacific Coast Recycling, Inc.
and Gibson Resource Group, Inc.

///
///
///
///

```
 1                                    LAW OFFICES OF JOSH A. COHEN
 2                                    By:_____
                                         Josh A. Cohen
 3                                       Attorney for Defendant
                                         Resource Development Services, Inc.
 4                                       And James Lucero
 5
                                      BURKE, WILLIAMS & SORENSON
 6
 7                                    By:_____
                                         Douglas W. Dal Cielo
 8                                       Attorneys for Defendant
                                         Guillermo Ceballos
 9
10                                    SEDGWICK, DETERT, MORAN & ARNOLD
11
                                      By:_____
12                                       Gregg N. Dulik
                                         Attorneys for Defendant
13                                       JLV Equipment, Inc.
14
15
16
17                                    ORDER
18
        Good cause appearing, IT IS ORDERED:
19
        That defendants' response to plaintiff's Second Amended Complaint shall be
20
     extended ten (10) days from January 31, 2011 to February 9, 2011.
21
22
23
     DATED:_____
24
                                      _____
                                      Jeremy Fogel
25                                    United States District Judge
26
27
28
                                           4
         STIPULATION AND ORDER TO EXTEND DEFENDANTS' FILING DEADLINE
         FOR PLAINTIFF'S SECOND AMENDED COMPLAINT            CV10-01324 JF
```

```
 1                              Richard R. Roy, Esq.
                                Attorneys for Defendants
 2                              DOMINGUEZ & SONS TRUCKING, INC.
 3
                                ROPERS, MAJESKI, KOHN & BENTLEY
 4
 5
                                By:_____
 6                                    Eugene S. Suh
                                      Attorneys for Plaintiff
 7                                    National Union Fire Ins. Co.
 8
                                THE LITIGATION LAW GROUP
 9
10
                                By:_____
11                                    Lawrence Pedro Ramirez
                                      Environmental Resource Recovery, Inc.
12
                                WILLIAMS, PINELLI & CULLEN, LLP
13
14
                                By:_____
15                                    Edward F. Cullen
                                      Attorneys for Cal Waste
16
                                EPF LAW GROUP
17
18
                                By:_____
19                                    Yesenia M. Santacruz
                                      Attorneys for Defendant
20                                    Bay Area Hauling Maintenance
21
                                LAW OFFICES OF STEVEN E. SPRINGER
22
23                              By:_____
                                      Steven E. Springer
24                                    Attorney for Defendant
                                      Pacific Coast Recycling, Inc.
25                                    and Gibson Resource Group, Inc.
26   ///
     ///
27   ///
     ///
28
```

2

STIPULATION AND ORDER TO EXTEND DEFENDANTS' FILING DEADLINE
FOR PLAINTIFF'S SECOND AMENDED COMPLAINT                    CV10-01324 JF

```
 1   Richard R. Roy, Esq.
     Attorneys for Defendants
 2   DOMINGUEZ & SONS TRUCKING, INC.
 3
 4   ROPERS, MAJESKI, KOHN & BENTLEY
 5
     By: _____
 6        Eugene S. Suh
          Attorneys for Plaintiff
 7        National Union Fire Ins. Co.
 8
     THE LITIGATION LAW GROUP
 9
10   By: _____
          Lawrence Pedro Ramirez
11        Environmental Resource Recovery, Inc.
12
     WILLIAMS, PINELLI & CULLEN, LLP
13
14   By: _____
          Edward F. Cullen
15        Attorneys for Cal Waste
16
     EPF LAW GROUP
17
18   By: _____
          Yesenia M. Santacruz
19        Attorneys for Defendant
          Bay Area Hauling Maintenance
20
21   LAW OFFICES OF STEVEN E. SPRINGER
22
     By: _____
23        Steven E. Springer
          Attorney for Defendant
24        Pacific Coast Recycling
25
26   ///
     ///
27   ///
     ///
28
```

|   |   |
|---|---|
| 1 | Richard R. Roy, Esq. |
| 2 | Attorneys for Defendants |
|   | DOMINGUEZ & SONS TRUCKING, INC. |

**ROPERS, MAJESKI, KOHN & BENTLEY**

By:_____
    Eugene S. Suh
    Attorneys for Plaintiff
    National Union Fire Ins. Co.

**THE LITIGATION LAW GROUP**

By:_____
    Lawrence Pedro Ramirez
    Environmental Resource Recovery, Inc.

**WILLIAMS, PINELLI & CULLEN, LLP**

By:_____
    Edward F. Cullen
    Attorneys for Cal Waste

**EPF LAW GROUP**

By:    /s/ Yesenia M. Santacruz
    Yesenia M. Santacruz
    Attorneys for Defendant
    Bay Area Hauling Maintenance Inc.

**LAW OFFICES OF STEVEN E. SPRINGER**

By:_____
    Steven E. Springer
    Attorney for Defendant
    Pacific Coast Recycling

///
///
///
///
///

STIPULATION AND ORDER TO EXTEND DEFENDANTS' FILING DEADLINE
FOR PLAINTIFF'S SECOND AMENDED COMPLAINT     CV10-01324 JF