**\*\*3/3/2011\*\***

BOWMAN AND BROOKE LLP
Daniel J. Smith (SBN 132748)
Robert S. Robinson (SBN 131461)
1741 Technology Drive, Suite 200
San Jose, CA  95110-1355
Telephone:  (408) 279-5393
Facsimile:  (408) 279-5845
E-mail: rob.robinson@bowmandbrooke.com

Attorneys for Defendant
JONNA CORPORATION, INC. dba PREMIER RECYCLE COMPANY
(erroneously sued as PREMIER RECYCLING)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al.,<br><br>Defendants. | Case No:  **CV10-cv-01324-PSG**<br><br>Hon.:      Jeremy D. Fogel<br>Courtroom: "3"<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE MARCH 4, 2011 CASE MANAGEMENT CONFERENCE TO DATE OF HEARING ON MOTIONS TO DISMISS<br><br>**NEW DATE: April 15, 2011**<br>**TIME:          9:00 a.m.** |

The Court, having read the Joint Motion to Continue March 4, 2011 Case Management Conference to Date of Hearing on Motions to Dismiss, and finding good cause therefore,

**IT IS HEREBY ORDERED** that the Case Management Conference currently scheduled for March 4, 2011 is hereby advanced and continued to April 15, 2011 at 9:00 a.m. in Courtroom 3.

**IT IS SO ORDERED.**

DATED: _3/3/2011_

Hon. Jeremy D. Fogel
United States District Judge

::ODMA\PCDOCS\SJO\255448\2

1

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE MARCH 4, 2011 CASE MANAGEMENT CONFERENCE TO DATE OF HEARING ON MOTIONS TO DISMISS

# CERTIFICATE OF SERVICE

I hereby certify that I am employed in the office of a member of the bar of this court at whose direction the service was made in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action. My business address is 1741 Technology Drive, Suite 200, San Jose, CA  95110.

On March 2, 2011, I served a true and correct copy of the following document entitled:

- [PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE MARCH 4, 2011 CASE MANAGEMENT CONFERENCE TO DATE OF HEARING ON MOTIONS TO DISMISS

on the following persons on this date and in the manner specified herein:

☑ **BY ELECTRONIC SERVICE THROUGH ECF PURSUANT TO GENERAL ORDER 45:**

| | | |
|---|---|---|
| Lawrence Pedro Ramirez<br>lpramirez@thellg.com<br>Lindsey Renee Adams<br>ladams@thellg.com<br>The Litigation Law Group<br>111 N Market Street, Suite 1010<br>San Jose, CA  95113<br>408.971.1119<br>408.971.1129 Fax | representing | **Valley Recycling**<br>*(Defendant)* |
| Edward F. Cullen<br>efcullen@wpclaw.com<br>Amy Richelle Carlson<br>amy@calemploy.com<br>Williams, Pinelli & Cullen LLP<br>110 North Third Street<br>San Jose, CA  95112<br>408.288.3868<br>408.288.3860 Fax | representing | **Cal Waste**<br>*(Defendant)* |
| Ernest E. Price<br>eprice@rmkb.com<br>Arnold E. Sklar<br>asklar@rmkb.com<br>Eugene Samuel Suh<br>esuh@rmkb.com<br>Ropers Majeski Kohn & Bentley PC<br>515 South Flower Street, Suite 1100<br>Los Angeles, CA  90071-2213<br>213.312.2000<br>213.312.2061 Fax | representing | **National Union Fire Insurance Company of Pittsburgh, PA**<br>*(Plaintiff)* |

/ / /

::ODMA\PCDOCS\SJO\254606\1

- 1 -

CERTIFICATE OF SERVICE
Case No. 5:10cv01324-JF

| | | |
|---|---|---|
| **Marc L. Shea**<br>mshea@popelka.com<br>Popelka Law Group<br>2166 The Alameda<br>San Jose, CA 95126-1144<br>408.298.6611<br>408.275.0814 Fax | representing | **Dominguez & Sons**<br>(*Defendant*) |
| **Richard R. Roy, Esq.**<br>rrr@richardroylaw.com<br>Law Offices of Richard R. Roy<br>4565 Ruffner Street, Suite 107<br>San Diego, CA 92111<br>858.503.7969<br>858.503.7969 Fax | | |
| **Yesenia Marisol Santacruz**<br>ysantacruz@efplawgroup.com<br>EFP Law Group<br>560 S. Winchester Blvd., 5th Floor<br>San Jose, CA 95128<br>408.490.4310<br>408.904.6168 Fax | representing | **Bay Area Hauling Maintenance**<br>(*Defendant*) |
| **Steven E. Springer**<br>ses@springerlawoffices.com<br>Law Offices of Steven E. Springer<br>16360 Monterey Road, Suite 180<br>Morgan Hill, CA 95037<br>408.779.4700<br>408.779.4483 Fax | representing | **Pacific Coast Recycling**<br>(*Defendant*)<br>**Gibson Resource Group, Inc.**<br>(*Defendant*) |
| **Gregory J. Korbel**<br>GJK@millermorton.com<br>gkorbel@millermorton.com<br>Miller Morton Caillat & Nevis LLP<br>25 Metro Drive, 7th Floor<br>San Jose, CA 95110<br>408.292.1765<br>408.436.8272 Fax | representing | **Accurate Cleaning System (ACS)**<br>(*Defendant*) |
| **Vincent Charles Catania**<br>vincent@redshift.com<br>Lichtenegger Law Office<br>3850 Rio Road, No 58<br>Carmel, CA 93923<br>831.626.2801<br>831.620.1566 Fax | representing | **Randazzo Enterprises, Inc.**<br>(*Defendant*) |

::ODMA\PCDOCS\SJO\254606\1

- 2 -

CERTIFICATE OF SERVICE
Case No. 5:10cv01324-JF

| | | |
|---|---|---|
| **Mark C. Russell**<br>mrussell@gordonrees.com<br>**Olivia Bradbury Nelson**<br>onelson@gordonrees.com<br>Gordon & Rees LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111<br>415.986.5900<br>415.986.8054 Fax | representing | **Martha Renteria**<br>(*Defendant*) |
| **Josh A. Cohen**<br>josh@cohenlawsf.com<br>633 Battery Street, Suite 110<br>San Francisco, CA 94111<br>415.693.9173 | representing | **Resource Development Services, Inc. (RDS)**<br>(*Defendant*)<br>**James Lucero**<br>(*Defendant*) |
| **Brian M. Affrunti**<br>baffrunti@bwslaw.com<br>Burke, Williams & Sorenson, LLP<br>545 Middlefield Road, Suite 180<br>Menlo Park, CA 94025-3471<br>650.327.2672<br>650.688.8333 Fax | representing | **Guillermo Ceballos**<br>(*Defendant*) |
| **Dennis Gary McCarthy**<br>DMcCarthy@FentonKeller.com<br>Fenton & Keller<br>2801 Monterey-Salinas Highway<br>PO Box 791<br>Monterey, CA 93942-0791<br>831.373.1241<br>831.373.7219 Fax | representing | **A&S Metals** |
| **Gregg N. Dulik**<br>Gregg.dulik@sdma.com<br>Sedgwick, Detert, Moran & Arnold LLP<br>One Market Plaza<br>Steuart Tower 8th Floor<br>San Francisco, CA 94105<br>415.781.7900<br>415.781.2635 Fax | representing | **JLV Equipment** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on March 2, 2011, at San Jose, California.

*Jamie Lee Martinez* (signature)
Jamie Lee Martinez

::ODMA\PCDOCS\SJO\254606\1

- 3 -

CERTIFICATE OF SERVICE
Case No. 5:10cv01324-JF