UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

CIVIL MINUTES

**Court Proceedings:** Law and Motion Hearing, April 15, 2011     Time: 22 mins
**Case Number:** CV-10-1324-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Fisher

TITLE: NATIONAL UNION FIRE INSURANCE V. RESOURCE DEVELOPMENT SERVICES, ET AL

PLAINTIFF                DEFENDANTS

**Attorneys Present:** Eugene Suh     **Attorneys Present:** Robert Robinson, Richard Roy
Josh Cohen, Steven Springer, Lindsey Adams
Lawrence Ramirez, Marc Shea, Yesenia Santacruz
Gina Huettel, Victoria Brown, Gregory Korbel
Larry Lichtenegger

PROCEEDINGS:
Hearing on Motions to Dismiss, Motions to Strike and Motions for Joinder held. Parties are present. The motions are taken under submission.