ERNEST E. PRICE (SBN 164534)
ARNIE SKLAR (SBN 51595)
EUGENE S. SUH (SBN 245313)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, California 90071-2213
Telephone:     (213) 312-2000
Facsimile:     (213) 312-2001

Attorneys for Plaintiff NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA,
a Pennsylvania Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., JAMES LUCERO, an Individual, SHELLEY LUCERO, an Individual, ARACELLI FRANCO, an Individual, ELVIA NENQUE, an Individual, MARTHA RENTERIA, an Individual, JOE MORSE, an Individual, TOM OVERTON, an Individual, RICHARD ANDRADE, an Individual, JOSE SALVATIER, an Individual, DANIEL SANCHEZ, an Individual, RUDY HERNANDEZ, an Individual, GUILLERMO CEBALLOS, an Individual, RANDY VARGAS, an Individual, VALLEY RECYCLING, RANDAZZO ENTERPRISES, DOMINGUEZ & SONS, PREMIER RECYCLING, PACIFIC COAST RECYCLING, GIBSON'S RESOURCE GROUP, CAL WASTE, ACCURATE CLEANING SYSTEMS, ALVISO, A&S METALS, D&C CONSTRUCTION, JLV EQUIPMENT, DVBE TRUCKING, NOGALERA TRUCKING, A&A RECYCLING, BAY AREA HAULING MAINTENANCE, | CASE NO. CV10-01324 JF (PSG)<br><br>XXXXXXXXXXXX **ORDER GRANTING CONTINUANCE OF HEARING DATE FOR DEFENDANT DOMINGUEZ & SONS' MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR ADMISSIONS (SET ONE), SPECIAL INTERROGATORIES (SET ONE), AND REQUESTS FOR PRODUCTION OF DOCUMENTS (SET ONE)**<br><br>DATE:     May 24, 2011<br>TIME:     10:00 a.m.<br>ROOM:    Courtroom 5 - 4th Floor<br><br>JUDGE:   Hon. Magistrate Paul S. Grewal |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | DEPENDABLE WASTE SOLUTIONS, PARAMOUNT DRYWALL, RAD ROLL-OFF, ALL TRASH, BAY CAL RECYCLING, JM HAULING, ALMADEN CONSTRUCTION, DEL TORO, ESPINOZA & DAUGHTER HAULING, AFFORDABLE ROOFING, and DOES 1 through 100,<br><br>                    Defendants. |

## ORDER

Good cause appearing, **IT IS ORDERED**:

That the Motion of Defendant DOMINGUEZ & SONS TRUCKING, INC., to Compel Plaintiff's Further Responses to Discovery, currently set for hearing before the Court on May 24, 2011, at 10:00 a.m. in Courtroom 5 shall be continued and heard on June 21, 2011 at 10:00 a.m.

DATED: May 4, 2011

_____
HON. PAUL S. GREWAL
United States District Magistrate Judge

| | |
|---|---|
| CASE NAME: | *National Union Fire Insurance Company of Pittsburgh, PA, a Pennsylvania Corporation v. Resource Development Services, Inc., et al.* |
| ACTION NO.: | CV10-01324-JF-PVT      USDC - Northern District of California, *Hon. Judge Jeremy Fogel*                                    San Jose Division |

# CERTIFICATE OF SERVICE

I hereby certify that the following document:

**[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING DATE FOR DEFENDANT DOMINGUEZ & SONS' MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR ADMISSIONS (SET ONE), SPECIAL INTERROGATORIES (SET ONE), AND REQUESTS FOR PRODUCTION OF DOCUMENTS (SET ONE) [DATE: May 24, 2011]**

was served on the following persons on this date and in the manner specified herein:

☒       **Electronically Serviced Through ECF:**

| | |
|---|---|
| Amy R. Carlson, Esq.<br>*Attorneys for Defendant CAL WASTE* | amy@calemploy.com |
| Brian M. Affrunti, Esq.<br>*Attorneys for Defendant GUILLERMO CEBALLOS* | baffrunti@bwslaw.com<br>hlee@bwslaw.com |
| Dennis G. McCarthy, Esq.<br>FENTON & KELLER<br>*Attorneys for Defendant A&S METALS* | DMcCarthy@FentonKeller.com |
| Dion N. Cominos, Esq.<br>*Attorneys for Defendant BAY AREA HAULING MAINTENANCE, INC.* | dcominos@gordonrees.com |
| Edward F. Cullen, Esq.<br>*Attorneys for Defendant CAL WASTE* | ecullen@wpclaw.com |
| Gregg N. Dulik, Esq.<br>*Attorneys for Defendant JLV EQUIPMENT, INC.* | Gregg.dulik@sdma.com |
| Gregory J. Korbel, Esq.<br>*Attorneys for Defendant R&D MENDEZ ENTERPRISES, INC. dba ACCURATE CLEANING SYSTEMS, erroneously sued as ACCURATE CLEANING SYSTEMS* | gkorbel@millermorton.com<br>mes@millermorton.com |

| | | |
|---|---|---|
| 1 | | |
| 2 | Guillermo Ceballos<br>*Defendant In Pro Per* | guillermoxc@yahoo.com |
| 3 | | |
| 4 | Josh Alan Cohen, Esq.<br>*Attorneys for Defendants JAMES LUCERO AND RESOURCE DEVELOPMENT SERVICES, INC.* | josh@cohenlawsf.com |
| 5 | | |
| 6 | Larry J. Lichtengger, Esq.<br>*Attorneys for Defendant RANDAZZO ENTERPRISES, INC.* | lawyer@mbay.net |
| 7 | | |
| 8 | Lawrence P. Ramirez, Esq.<br>*Attorneys for Defendant ENVIRONMENTAL RESOURCE RECOVER, INC. dba and sued as VALLEY RECYCLING* | lpramirez@thellg.com |
| 9 | | |
| 10 | | |
| 11 | Lindsey R. Adams, Esq.<br>*Attorneys for Defendant ENVIRONMENTAL RESOURCE RECOVER, INC. dba and sued as VALLEY RECYCLING* | ladams@thellg.com |
| 12 | | |
| 13 | Marc L. Shea, Esq.<br>*Attorneys for Defendant DOMINGUEZ & SONS* | mshea@popelka.com |
| 14 | | |
| 15 | Mark C. Russell, Esq.<br>*Attorneys for Defendant MARTHA RENTERIA* | mrussell@gordonrees.com |
| 16 | Martin A. Sabelli, Esq.<br>*Attorneys for Defendants JAMES LUCERO AND RESOURCE DEVELOPMENT SERVICES, INC.* | msabelli@comcast.net |
| 17 | | |
| 18 | | |
| 19 | Richard Roger Roy, Esq.<br>*Attorneys for Defendant DOMINGUEZ & SONS* | rrr@richardroylaw.com |
| 20 | Robert S. Robinson, Esq.<br>*Attorneys for Defendant JONNA CORPORATION, INC. dba PREMIER RECYCLE COMPANY* | rob.robinson@lax.bowmandandbrooke.com |
| 21 | | |
| 22 | Steven E. Springer, Esq.<br>*Attorneys for Defendant PACIFIC COAST RECYCLING and Defendant GIBSON RESOURCE GROUP, INC.* | ses@springerlawoffices.com |
| 23 | | |
| 24 | | |
| 25 | Vincent Charles Catania, Esq.<br>*Attorneys for Defendant RANDAZZO ENTERPRISES, INC.* | vincent@redshift.com |
| 26 | | |
| 27 | | |
| 28 | | |

RC1/5984469.1/JC7        -4-        **PROPOSED ORDER GRANTING CONTINUANCE OF DEFENDANT DOMINGUEZ'S MOTION TO COMPEL**

| | |
|---|---|
| Yesenia Marisol Santa Cruz, Esq.<br>*Attorneys for Defendant BAY AREA HAULING MAINTENANCE, INC.* | ysantacruz@efplawgroup.com |

☐  **Conventionally Served:**

DATED:  May 3, 2011

/s/ *Eugene S. Suh*
Eugene S. Suh, Esq.
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, California  90071
Telephone:   (213) 312-2000
Facsimile:    (213) 312-2001

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles