```
 1  BOWMAN AND BROOKE LLP
    Daniel J. Smith (SBN 132748)
 2  Robert S. Robinson (SBN 131461)
    1741 Technology Drive, Suite 200
 3  San Jose, CA  95110-1355
    Telephone:  (408) 279-5393
 4  Facsimile:  (408) 279-5845
    E-mail: rob.robinson@bowmandbrooke.com
 5
    Attorneys for Defendant
 6  JONNA CORPORATION, INC. dba PREMIER RECYCLE COMPANY
    (erroneously sued as PREMIER RECYCLING)
 7
 8                       UNITED STATES DISTRICT COURT
 9                       NORTHERN DISTRICT OF CALIFORNIA
10
11  NATIONAL UNION FIRE INSURANCE       )  CV10-cv-01324-JF
    COMPANY OF PITTSBURGH, PA, a        )
12  Pennsylvania Corporation,           )
                                        )
13                                      )  [PROPOSED] ORDER APPROVING
                  Plaintiff,            )  STIPULATION EXTENDING TIME FOR
14        vs.                           )  DEFENDANT JONNA
                                        )  CORPORATION, INC. DBA PREMIER
15  RESOURCE DEVELOPMENT SERVICES,      )  RECYCLE COMPANY TO ANSWER
    INC., JAMES LUCERO, an Individual,  )  OR OTHERWISE RESPOND TO
16  SHELLEY LUCERO, an Individual,      )  PLAINTIFF'S SECOND AMENDED
    ARACELLI FRANCO, an Individual, ELVIA)  COMPLAINT
17  NENQUE, an Individual, MARTHA       )
    RENTERIA, an Individual, JOE MORSE, an)
18  Individual, TOM OVERTON, an Individual,)
    RICHARD ANDRADE, an Individual, JOSE )
19  SALVATIER, an Individual, DANIEL    )
    SANCHEZ, an Individual, RUDY        )
20  HERNANDEZ, an Individual, GUILLERMO )
    CEBALLOS, an Individual, RANDY      )
21  VARGAS, VALLEY RECYCLING,           )
    RANDAZZO ENTERPRISES,               )
22  DOMINGUEZ & SONS, PREMIER           )
    RECYCLING, PACIFIC COAST            )
23  RECYCLING, GIBSON'S RESOURCE        )
    GROUP, CAL WASTE, ACCURATE          )
24  CLEANING SYSTEMS, ALVISO, A&S       )
    METALS, D&C CONSTRUCTION, JLV       )
25  EQUIPMENT, DVBE TRUCKING,           )
    NOGALERA TRUCKING, A&A              )
26  RECYCLING, BAY AREA HAULING         )
    MAINTENANCE, DEPENDABLE WASTE       )
27  SOLUTIONS, PARAMOUNT DRYWALL,       )
    RAD ROLL-OFF, ALL TRASH, BAY CAL    )
28  RECYCLING, JM HAULING, ALMADEN      )
```

CONSTRUCTION, DEL TORO, ESPINOZA & DAUGHTER HAULING, AFFORDABLE ROOFING, and DOES 1 through 100,

    Defendants.

The Court, having read the Stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that defendant Premier Recycle's time to answer National Union's second amended complaint is extended to and including June 30, 2011.

**IT IS SO ORDERED.**

DATED: June 20, 2011

_____
Jeremy D. Fogel
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 and not a party to the within action. My business address is 1741 Technology Drive, Suite 200, San Jose, CA 95110.

On June 16, 2011, I served a true and correct copy of the foregoing document entitled:

**[PROPOSED] ORDER APPROVING STIPULATION EXTENDING TIME FOR DEFENDANT JONNA CORPORATION, INC. DBA PREMIER RECYCLE COMPANY TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

on the following persons on this date and in the manner specified herein:

☑ **BY ELECTRONIC SERVICE THROUGH ECF PURSUANT TO GENERAL ORDER 45** on all counsel of record as indicated on the service list maintained by ECF for this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on June 16, 2011, at San Jose, California.

*Jamie Lee Martinez*
Jamie Lee Martinez