⚙ AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA, a Pennsylvania corporation,
                  Plaintiff (s),
    V.
RESOURCE DEVELOPMENT SERVICES, INC., et al.
                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV10-1324 JF

Notice is hereby given that, subject to approval by the court, National Union Fire Insurance Company of Pittsburgh, PA, a Pennsylvania corp. substitutes
(Party (s) Name)

Bryan McBurney _____ , State Bar No. 169835 _____ as counsel of record in
(Name of New Attorney)

place of Ernest E. Price. _____
(Names of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Clausen Miller
    Address:       2040 Main Street, Suite 500, Irvine, California 92614
    Telephone:    (949) 260-3100               Facsimile (949) 260-3190
    E-Mail (Optional):

I consent to the above substitution.
Date:   7/28/11

*[signature]* Heather L. Leibowitz
Chartis Insurance Company
(Signature of Party (s))

I consent to being substituted.
Date:   July 27, 2011

*[signature]* Ernest E. Price
Ropers, Majeski, Kohn & Bentley
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:   7/28/11

*[signature]*
(Signature of New Attorney)
Bryan A. McBurney
Clausen Miller

The substitution of attorney is hereby approved and so ORDERED.

Date:   8/10/11

*[signature]*
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkFlow.com