1

2                                                              **E-Filed 8/15/2011**

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

| | |
|---|---|
| 12  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, a Pennsylvania 13  Corporation, | Case Number 5:10-cv-01324-JF/PVT  ORDER[1] GRANTING MOTION TO WITHDRAW AS COUNSEL |
| 14                          Plaintiff, | |
| 15                     v. | |
| 16  RESOURCES DEVELOPMENT SERVICES, INC., et al., | |
| 17                          Defendants. | |
| 18 | |

19

20        The application of attorneys Martin Sabelli, of the Law Offices of Martin Sabelli, and

Josh Coen, of Clarence Dyer & Cohen LLP for an order granting leave to withdraw as counsel

21

for Defendants James Lucero and Resource Development Services, Inc. ("RDS"), has been

22

heard, and good cause appearing, the motion is hereby granted.

23

IT IS SO ORDERED.

24

DATED: August 12, 2011                    _____

25                                          JEREMY FOGEL
                                            United States District Judge
26

27

_____

28        [1]     This disposition is not designated for publication in the official reports.

Case No. 5:10-cv-03579-JF/PVT
ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
(JFLC3)