1  MARTÍN A. SABELLI (SBN 164772)
   Law Offices of Martín A. Sabelli
2  149 Natoma Street, Suite 300
   San Francisco, CA 94105
3  Tel: (415) 284-9806
   Fax: (415) 520-5810
4  msabelli@comcast.net

5  JOSH A. COHEN (SBN 217853)
   MARIO A. MOYA (SBN 262059)
6  Clarence Dyer & Cohen LLP
   899 Ellis Street
7  San Francisco, CA 94109
   Tel: (415) 749-1800
8  Fax: (415) 749-1694
   jcohen@clarencedyer.com
9
   Attorneys for Defendants JAMES LUCERO and
10 RESOURCE DEVELOPMENT SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC. et al.,<br><br>　　　　Defendants.<br><br>―――――――――――――――<br><br>JONNA CORPORATION, INC. d/b/a PREMIER RECYCLE COMPANY,<br><br>　　　　Defendant and Cross-Claimant,<br><br>　　v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC. et al.,<br><br>　　　　Cross-Defendants. | CASE NO. C-10-01324 JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR CROSS-DEFENDANTS JAMES LUCERO AND RESOURCE DEVELOPMENT SERVICES, INC. TO RESPOND TO CROSS-CLAIMS**<br><br>**[Pursuant to N.D.Cal. Civ. Local R. 6-1]** |

Case No. C-10-1324 JF
STIP. TO EXTEND TIME FOR CROSS-DEFENDANTS LUCERO AND RDI TO RESPOND TO CROSS-CLAIMS

## STIPULATION

Defendants and Cross-Defendants James Lucero and Resource Development Services, Inc. ("RDI"), on the one hand, and Defendant and Cross-Claimant Jonna Corporation, Inc. d/b/a Premier Recycle Company, on the other, hereby stipulate that Cross-Defendants James Lucero and RDI shall have until September 7, 2011 to answer or otherwise respond to the Cross-Complaint filed on July 21, 2011.

This stipulation and the corresponding extension of time will not alter any deadline presently on calendar.

Respectfully submitted,

DATED:  August 9, 2011                     CLARENCE DYER & COHEN LLP

*/s/ Mario A. Moya*
MARIO A. MOYA
Attorney for Defendants James Lucero and Resources Development Services, Inc.


DATED:  August 9, 2011                     BOWMAN AND BROOKE LLP

*/s/ Robert S. Robinson*
ROBERT S. ROBINSON
Attorney for Jonna Corporation, Inc. d/b/a Premier Recycle Company

## ORDER

The Court has considered the stipulation of the above-listed parties. **IT IS HEREBY ORDERED** that Cross-Defendants James Lucero and RDI shall have until September 7, 2011 to answer or otherwise respond to the Cross-Complaint filed on July 21, 2011.

Dated: August 11, 2011

HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

1
2                    <u>ATTESTATION PER GENERAL ORDER 45, § X.B</u>
3        I hereby attest that counsel for Jonna Corporation, Inc. d/b/a Premier Recycle Company,
4  Robert S. Robinson, consents to the filing of this document, and that I have on file all signatures
5  for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
6
7
8  DATED:  August 9, 2011                    CLARENCE DYER & COHEN LLP

9                                              <u>  /s/ Mario A. Moya                         </u>
                                               MARIO A. MOYA
10
                                               Attorney for Defendants James Lucero and Resources
11                                             Development Services, Inc.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28