BOWMAN AND BROOKE LLP
Robert S. Robinson (SBN 131461)
David R. Bunger (SBN 245826)
1741 Technology Drive, Suite 200
San Jose, CA  95110-1355
Telephone:  (408) 279-5393
Facsimile:  (408) 279-5845
E-mail: rob.robinson@bowmandbrooke.com

Attorneys for Defendant
JONNA CORPORATION, INC. dba PREMIER RECYCLE COMPANY
(erroneously sued as PREMIER RECYCLING)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al.,<br><br>　　　　　Defendants.<br><br>JONNA CORPORATION, INC. dba PREMIER RECYCLE COMPANY<br><br>　　　　　Defendant and Cross-Claimant<br><br>vs.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., JAMES LUCERO, an Individual, SHELLEY LUCERO, an Individual, ARACELLI FRANCO, an Individual, ELVIA NENQUE, an Individual, JOE MORSE, an Individual, TOM OVERTON, an Individual, RICHARD ANDRADE, an Individual, JOSE SALVATIER, an Individual, DANIEL SANCHEZ, an Individual, RUDY HERNANDEZ, an Individual, GUILLERMO CEBALLOS, an Individual, and RANDY VARGAS, an Individual.<br><br>　　　　　Cross-Defendants. | Case No: **3:10-cv-01324-~~JF~~ RS**<br><br>Hon.:　　Richard Seeborg<br>Dept.:　　C-3<br><br>**[~~PROPOSED~~] ORDER REGARDING PREMIER RECYCLE COMPANY'S TIME TO FILE A MOTION TO STRIKE GUILLERMO CEBALLOS' ANSWER TO PREMIER RECYCLE COMPANY'S CROSS-CLAIM** |

1537209-WE　　　　　　　　　　　　　1

[~~PROPOSED~~] ORDER REGARDING PREMIER RECYCLE COMPANY'S TIME TO FILE A MOTION TO STRIKE GUILLERMO CEBALLOS' ANSWER TO PREMIER RECYCLE COMPANY'S CROSS-CLAIM

Pursuant to Stipulation, **IT IS SO ORDERED:**

That Jonna Corporation dba Premier Recycle Company's time to file a motion to strike portions of cross-defendant Guillermo Ceballos' answer to Premier Recycle's cross-claim shall be extended to on or before December 1, 2011.

DATED: 11/17/11

*/s/ Richard Seeborg*
Richard Seeborg
United States District Judge

1537209-WE

2

[PROPOSED] ORDER REGARDING PREMIER RECYCLE COMPANY'S TIME TO FILE A MOTION TO STRIKE GUILLERMO CEBALLOS' ANSWER TO PREMIER RECYCLE COMPANY'S CROSS-CLAIM