BOWMAN AND BROOKE LLP
Robert S. Robinson (SBN 131461)
David R. Bunger (SBN 245826)
1741 Technology Drive, Suite 200
San Jose, CA  95110-1355
Telephone:  (408) 279-5393
Facsimile:  (408) 279-5845
E-mail: rob.robinson@bowmandbrooke.com

Attorneys for Defendant
JONNA CORPORATION, INC. dba PREMIER RECYCLE COMPANY
(erroneously sued as PREMIER RECYCLING)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al.,<br><br>　　　　　　Defendants.<br><br>JONNA CORPORATION, INC. dba PREMIER RECYCLE COMPANY<br><br>　　　　　Defendant and Cross-Claimant<br><br>vs.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., JAMES LUCERO, an Individual, SHELLEY LUCERO, an Individual, ARACELLI FRANCO, an Individual, ELVIA NENQUE, an Individual, JOE MORSE, an Individual, TOM OVERTON, an Individual, RICHARD ANDRADE, an Individual, JOSE SALVATIER, an Individual, DANIEL SANCHEZ, an Individual, RUDY HERNANDEZ, an Individual, GUILLERMO CEBALLOS, an Individual, and RANDY VARGAS, an Individual.<br><br>　　　　　Cross-Defendants. | Case No: **3:10-cv-01324-RS**<br><br>Hon.:　　Richard Seeborg<br>Dept.:　　C-3<br><br>~~[PROPOSED]~~ ORDER REGARDING PREMIER RECYCLE COMPANY'S TIME TO FILE A MOTION TO STRIKE GUILLERMO CEBALLOS' AMENDED ANSWER TO PREMIER RECYCLE COMPANY'S CROSS-CLAIM |

1555079-WE                                           1

[PROPOSED] ORDER REGARDING PREMIER RECYCLE COMPANY'S TIME TO FILE A MOTION TO STRIKE GUILLERMO CEBALLOS' AMENDED ANSWER TO PREMIER RECYCLE COMPANY'S CROSS-CLAIM

Pursuant to Stipulation, **IT IS SO ORDERED:**

That Jonna Corporation dba Premier Recycle Company's time to file a motion to strike portions of cross-defendant Guillermo Ceballos' amended answer to Premier Recycle's cross-claim shall be extended to on or before December 12, 2011.

DATED: 12/2/11

*Richard Seeborg* (signature)
Richard Seeborg
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 and not a party to the within action. My business address is 1741 Technology Drive, Suite 200, San Jose, CA 95110.

On December ____, 2011, I served a true and correct copy of the foregoing document entitled:

**[PROPOSED] ORDER REGARDING PREMIER RECYCLE COMPANY'S TIME TO FILE A MOTION TO STRIKE GUILLERMO CEBALLOS' AMENDED ANSWER TO PREMIER RECYCLE COMPANY'S CROSS-CLAIM**

on the following persons on this date and in the manner specified herein:

☑ **BY ELECTRONIC SERVICE THROUGH ECF PURSUANT TO GENERAL ORDER 45 on all counsel of record as indicated on the service list maintained by ECF for this action.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on December ____, 2011, at San Jose, California.

_____
Marsha Nord

815579-WE 1

- 1 -

CERTIFICATE OF SERVICE
Case No. 5:10cv01324-JF