*E-Filed 1/13/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,

Plaintiff,

v.

RESOURCE DEVELOPMENT SERVICES, INC., et al.,

Defendants.

No. C 10-01324 RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on January 12, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION. The parties have agreed to participate in private mediation. They shall promptly notify the Court whether the case is resolved at the conference.

2. DISCOVERY. On or before March 5, 2013, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) twenty-five (25) depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

3. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **April 19, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

IT IS SO ORDERED.

DATED:  1/13/12

_____
RICHARD SEEBORG
United States District Judge