1  Bryan A. McBurney (State Bar No. 169835)
   bmcburney@clausen.com
2  Scott L. Schmookler (admitted *pro hac vice*)
   sschmookler@clausen.com
3  Keith G. Flanagan (admitted *pro hac vice*)
   kflanagan@clausen.com
4  Kelli A. Biggam (admitted *pro hac vice*)
   kbiggam@clausen.com
5  CLAUSEN MILLER P.C.
   2040 Main Street, Suite 500
6  Irvine, CA 92614
   (949) 260-3100; Fax:  (949) 260-3190
7
8  Attorneys for Plaintiff, NATIONAL UNION FIRE
   INSURANCE COMPANY OF PITTSBURGH, PA
9

10              **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12

13 | NATIONAL UNION FIRE INSURANCE | **CASE NO.  CV10-01324** |
   | COMPANY OF PITTSBURGH, PA,    |                          |
14 | a Pennsylvania corporation,   |                          |

15              Plaintiff,

16       v.                               **[PROPOSED] ORDER ON PLAINTIFF'S**
                                          **MOTION TO EXTEND TIME FOR**
17  RESOURCE DEVELOPMENT                  **PLAINTIFF TO CONFIRM**
    SERVICES, INC., JAMES LUCERO, an      **COMPLIANCE WITH COURT'S**
18  Individual, SHELLEY LUCERO, an        **DECEMBER 12, 2011 DISCOVERY**
    Individual, ARACELLI FRANCO, an       **ORDER**
19  Individual, ELVIA NENQUE, an
    Individual, MARTHA RENTERIA, an       Motion Date: January 31, 2012
20  Individual, JOE MORSE, an Individual, Time: 10:00 am
    TOM OVERTON, an Individual,           Ctrm: 5
21  RICHARD ANDRADE, an Individual,       Floor: 4
    JOSE SALVATIER, an Individual,
22  DANIEL SANCHEZ, an Individual,        **Hon. Judge Paul Singh Grewal**
    RUDY HERNANDEZ, an Individual,
23  GUILLERMO CEBALLOS, an Individual,
    RANDY VARGAS, an Individual,
24  GIBSON, RANDAZZO ENTERPRISES,
    DOMINGUEZ & SONS, PREMIER
25  RECYCLING, PACIFIC COAST
    RECYCLING, GIBSON'S RESOURCE
26  GROUP, CAL WASTE, ACCURATE
    CLEANING SYSTEMS, ALVISO, A&S
27  METALS, D&C CONSTRUCTION, JLV
    EQUIPMENT, DVBE TRUCKING,
28  NOGALERA TRUCKING, A&A

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | RECYCLING, BAY AREA HAULING MAINTENANCE, DEPENDABLE WASTE SOLUTIONS, PARAMOUNT DRYWALL, RAD ROLL-OFF, ALL TRASH, BAY CAL RECYCLING, JM HAULING, ALMADEN CONSTRUCTION, DEL TORO, ESPINOZA & DAUGHTER HAULING, AFFORDABLE ROOFING, and DOES 1 through 100,<br><br>                    Defendants. |

## [~~PROPOSED~~] ORDER

THIS CAUSE coming to be heard on National Union Fire Insurance Company of Pittsburgh, PA's Motion for Extension of Time for Plaintiff to Confirm Compliance with Court's December 12, 2011 Discovery Order, the court having reviewed and considered the moving papers, IT IS HEREBY ORDERED:

The Court hereby grants National Unions motion to extend time for National Union to confirm its compliance with the Court's December 12, 2011 discovery order until January 31, 2012, at which time it shall report to the Court regarding the same.

DATED: Lcpwct{'47, 2014            '"""""""""""""""""""ENTERED: *[signature] Paul S. Grewal*

                                                                Honorable"RcwnGrewal