MARIO A MOYA, SBN 262059
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: mmoya@clarencedyer.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, et al.,<br><br>Plaintiff,<br><br>v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al.,<br><br>Defendant. | Case No. CV 10-01324 RS<br><br>REQUEST FOR DISCONTINUANCE OF NOTICE TO MARIO A. MOYA AND [PROPOSED] ORDER |

This is to inform the Court that MARIO A. MOYA, an attorney with Clarence Dyer & Cohen LLP, is no longer representing MR. JAMES LUCERO and RESOURCE DEVELOPMENT SERVICES, INC.

The application of attorneys Martin Sabelli, of the Law Offices of Martin Sabelli, and Josh Cohen, of Clarence Dyer & Cohen LLP, for an order granting leave to withdraw as counsel for Defendants James Lucero and Resource Development Services, Inc. was granted on August 12, 2011. Accordingly, Clarence Dyer & Cohen LLP hereby requests that the parties and the Court remove Mr. Moya from their notice lists for the above-captioned case, and that the Court execute the attached Proposed Order.

1  Dated: __01-24-2012__                        CLARENCE DYER & COHEN LLP

3                                               ___/s/: Mario A. Moya_____
                                                MARIO A. MOYA

### [PROPOSED] ORDER

Good cause having been shown, the Court hereby GRANTS counsel Mario A. Moya's requests that the parties and the Court remove Mr. Moya from their notice lists for the above-captioned case

Dated: _1/27/12_____

                                                _____
                                                Honorable Richard Seeborg
                                                United States District Judge