UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, <br><br> Plaintiff, <br> v. <br><br> RESOURCE DEVELOPMENT SERVICES, INC., ET AL., <br><br> Defendants. | Case No.: 10-CV-1324-RS (PSG) <br><br> **ORDER RE NATIONAL UNION'S LETTER DATED JANAUARY 31, 2012** <br><br> **(Re: Docket No. 339)** |

Plaintiff National Union Fire Insurance Company of Pittsburgh, PA ("National Union") previously moved to extend time to confirm that it had complied with the order dated December 12, 2011.[1] Defendant Dominguez & Sons Trucking, Inc. ("DS Trucking") did not oppose the motion. Based on the lack of any opposition by DS Trucking and what appeared to be only a request by National Union to extend its compliance deadline, National Union's motion to extend time was granted and the hearing scheduled to be held on January 31, 2012 was vacated.[2]

On January 31, 2012, DS Trucking advised the court that while some compliance issues had been resolved, still other issues remain in contention. According to DS Trucking: (1) National Union has not provided a verification for its December 20, 2011 supplemental responses; (2) the

---

[1] *See* Docket No. 326.

[2] *See* Docket No. 337.

1

Case No.: C 10-01324 RS (PSG)
ORDER

December 20 supplemental responses do not include responses to document request nos. 1, 3, 6, 7, 8, 9, 13, 14, 18, 20, 21, 22, and 24; (3) the December 20 supplemental responses are otherwise insufficient; (4) the codex produced does not allow DS Trucking to decipher several hundred thousand documents produced on DVD; (5) National Union has not produced all expert reports, including Charles Barstow's report dated May 28, 2009; (6) National Union has not produced the Waste Management database that Mr. Barstow relied upon to formulate his expert opinions; and (7) attachments to certain internal memos and emails by Waste Management have not been produced. Based on the above,

IT IS HEREBY ORDERED that the parties shall meet and confer regarding the outstanding discovery issues set forth above. If, after the parties meet and confer, DS Trucking believes that certain of the above issues remain in dispute, no later than February 7, 2012, DS Trucking may file a letter brief requesting relief not exceeding five pages. No later than February 9, 2012, National Union may file a response not exceeding 5 pages. No reply will be considered. A hearing will be held on February 14, 2012 at 10AM.

**IT IS SO ORDERED.**

Dated: 2/2/2012

PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 10-01324 RS (PSG)
ORDER