# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al., and DOES 1 to 100,<br><br>  Defendant. | Case No.:    CV10-01324 RS<br><br>~~PROPOSED~~ ORDER GRANTING WITHDRAWAL OF COUNSEL |

### [~~PROPOSED~~] ORDER

THIS CAUSE coming to be heard on Notice of Keith Flanagan's Withdrawal of Counsel, IT IS HEREBY ORDERED:

Keith G. Flanagan is permitted to withdraw as counsel for National Union Fire Insurance Company of Pittsburgh, PA and Waste Management of California, Inc.

DATED: _2/2_, 2012          ENTERED: _____

                                        Honorable Judge Seeborg

MGT/80111261640053v.1

-1-

CV10-01324 RS