IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al., and DOES 1 to 100,<br><br>    Defendant. | Case No.:    CV10-01324 RS<br>ORDER GRANTING-IN-PART REQUEST <br>~~PROPOSED ORDER~~ CONTINUING FEBRUARY 14, 2012 HEARING AND RELATED DATES |

### [~~PROPOSED~~] ORDER

THIS CAUSE coming to be heard on the stipulation of National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Dominguez & Sons Trucking, Inc. ("D&S") to continue the hearing set before this Court on February 14, 2012 , and related dates, IT IS HEREBY ORDERED:

The hearing set before Judge Grewal on February 14, 2012 at 10AM shall be continued to February ~~21,~~ 28 2012 at 10AM. D&S shall have until February 14, 2012 to file a letter brief requesting relief. National Union shall have until February 16, 2012 to file a response to the letter brief.

DATED:  2/7 , 2012            ENTERED: *Paul S. Grewal*

                                 Honorable Judge Grewal