1  BOWMAN AND BROOKE LLP
   Daniel J. Smith (SBN 132748)
2  Robert S. Robinson (SBN 131461)
   1741 Technology Drive, Suite 200
3  San Jose, CA  95110-1355
   Telephone:  (408) 279-5393
4  Facsimile:  (408) 279-5845
   E-mail: rob.robinson@bowmandbrooke.com
5
   Attorneys for Defendant
6  JONNA CORPORATION, INC. dba PREMIER RECYCLE COMPANY
   (erroneously sued as PREMIER RECYCLING)
7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  NATIONAL UNION FIRE INSURANCE          )    CV10-cv-01324-JF
    COMPANY OF PITTSBURGH, PA, a           )
12  Pennsylvania Corporation,              )
                                           )
13                                         )    [PROPOSED] ORDER APPROVING
                        Plaintiff,         )    STIPULATION EXTENDING TIME FOR
14         vs.                             )    DEFENDANT JONNA
                                           )    CORPORATION, INC. DBA PREMIER
15  RESOURCE DEVELOPMENT SERVICES,         )    RECYCLE COMPANY TO ANSWER
    INC., JAMES LUCERO, an Individual,     )    PLAINTIFF'S THIRD AMENDED
16  SHELLEY LUCERO, an Individual,         )    COMPLAINT
    ARACELLI FRANCO, an Individual, ELVIA  )
17  NENQUE, an Individual, MARTHA          )
    RENTERIA, an Individual, JOE MORSE, an )
18  Individual, TOM OVERTON, an Individual,)
    RICHARD ANDRADE, an Individual, JOSE   )
19  SALVATIER, an Individual, DANIEL       )
    SANCHEZ, an Individual, RUDY           )
20  HERNANDEZ, an Individual, GUILLERMO    )
    CEBALLOS, an Individual, RANDY         )
21  VARGAS, VALLEY RECYCLING,              )
    RANDAZZO ENTERPRISES,                  )
22  DOMINGUEZ & SONS, PREMIER              )
    RECYCLING, PACIFIC COAST               )
23  RECYCLING, GIBSON'S RESOURCE           )
    GROUP, CAL WASTE, ACCURATE             )
24  CLEANING SYSTEMS, ALVISO, A&S          )
    METALS, D&C CONSTRUCTION, JLV          )
25  EQUIPMENT, DVBE TRUCKING,              )
    NOGALERA TRUCKING, A&A                 )
26  RECYCLING, BAY AREA HAULING            )
    MAINTENANCE, DEPENDABLE WASTE          )
27  SOLUTIONS, PARAMOUNT DRYWALL,          )
    RAD ROLL-OFF, ALL TRASH, BAY CAL       )
28  RECYCLING, JM HAULING, ALMADEN         )

1633499                    1

1  CONSTRUCTION, DEL TORO, ESPINOZA   )
   & DAUGHTER HAULING, AFFORDABLE     )
2  ROOFING, and DOES 1 through 100,   )
                                      )
3              Defendants.            )
                                      )
4  _____  )

5

6          The Court, having read the Stipulation of the Parties, and good cause

7  appearing therefor,

8      **IT IS HEREBY ORDERED** that defendant Premier Recycle's time to answer

9  National Union's third amended complaint is extended to and including March 12, 2012.

10     **IT IS SO ORDERED.**

11

12 DATED:   3/5/12

   Richard Seeborg
13 United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER APPROVING STIPULATION TO EXTEND TIME FOR DEFENDANT JONNA
CORPORATION, INC. dba PREMIER RECYCLE COMPANY TO ANSWER PLAINTIFF'S
THIRD AMENDED COMPLAINT – CV10-cv-01324-JF