IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al., and DOES 1 to 100,<br><br>Defendant. | Case No.:   CV10-01324 RS<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO VALLEY RECYCLING'S MOTION TO DISMISS PORTIONS OF PLAINTIFF'S THIRD AMENDED COMPLAINT & RELATED DATES** |

### [PROPOSED] ORDER

THIS CAUSE coming to be heard on the stipulation of National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Valley Recycling to extend time for National Union to respond to Valley Recycling's Motion to Dismiss Portions of National Union's Third Amended Complaint, and related dates, IT IS HEREBY ORDERED:

National Union's shall have until March 28, 2012 to respond to Valley Recycling's Motion to Dismiss portions of National Union's Third Amended Complaint. Valley Recycling shall have until April 4, 2012 to file a reply in support of the Motion to Dismiss. The parties agree that the hearing on the Motion to Dismiss will remain on April 19, 2012 at 1:30pm before Judge Seeborg.

DATED:  3/20 , 2012           ENTERED: _____

                              Honorable Judge Seeborg

NUFIC/1075693/12016097v.1