IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al., and DOES 1 to 100,<br><br>Defendant. | Case No.:    CV10-01324 RS<br><br>~~PROPOSED~~ ORDER GRANTING WITHDRAWAL OF COUNSEL |

### [~~PROPOSED~~] ORDER

THIS CAUSE coming to be heard on Notice of Julia C. Butler of Reed Smith, LLP's Withdrawal of Counsel, IT IS HEREBY ORDERED:

Julia C. Butler, of the law firm of Reed Smith, LLP, is permitted to withdraw as counsel for Waste Management of California, Inc.

DATED: 4/25 ___, 2012        ENTERED: /s/ Richard Seeborg

                                                   Honorable Judge Seeborg