IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>**Plaintiff,**<br><br>RESOURCE DEVELOPMENT SERVICES, INC., JAMES LUCERO, et al.,<br><br>Defendants,<br><br>-----------------------------------------------<br><br>**DOMINGUEZ & SONS TRUCKING, INC.**<br><br>Third Party Complainant<br><br>v.<br><br>**WASTE MANAGEMENT OF CALIFORNIA, INC.,** *et al.*<br><br>**Third Party Defendants.** | **Case No.  CV 10-01324 JF**<br><br>Honorable Richard Seeborg<br><br>**STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT WASTE MANAGEMENT OF CALIFORNIA, INC. TO RESPOND TO DOMINGUEZ & SONS' REQUESTS FOR ADMISSION TO WASTE MANAGEMENT, REQUESTS FOR PRODUCTION OF DOCUMENTS, and SPECIAL INTERROGATORIES** |

### [PR~~OPOS~~ED] ORDER

THIS CAUSE coming to be heard on the stipulation of Waste Management of California, Inc. and Dominguez & Sons Trucking, Inc. to extend time for Waste Management to respond to Dominguez & Sons Trucking Inc.'s discovery requests, IT IS HEREBY ORDERED:

Waste Management of California, Inc. shall have until June 15, 2012 to respond to Dominguez & Sons Trucking, Inc's Requests for Admission, Requests for Production of Documents, and Special Interrogatories.

DATED: __4/26__, 2012          ENTERED: _____

                                        Honorable Judge Seeborg

NUFIC/1075693/12369451v.1