IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>    Plaintiff,<br>  v.<br>RESOURCE DEVELOPMENT SERVICES, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 10-01324 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on May 24, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION. The parties have agreed to participate in private mediation within 90 days of the issuance of this order. They shall promptly notify the Court whether the case is resolved at the conference.

2. EXPERT WITNESSES. The disclosure and discovery of expert witness opinions shall proceed as follows:

A. Plaintiff shall identify its experts on or before March 5, 2013.

B. Plaintiff shall produce its expert reports on or before April 5, 2013.

C. Defendants shall identify their experts on or before May 6, 2013

D. Defendants shall produce their expert reports on or before June 5, 2013

3. FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **November 15, 2012 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

IT IS SO ORDERED.

DATED: 5/25/12

_____
RICHARD SEEBORG
United States District Judge