MARC L. SHEA, ESQ., State Bar No. 087712
SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126-1144
[408] 298-6611
[408] 275-0814  Facsimile

Attorneys for Defendant
DOMINGUEZ & SONS TRUCKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation<br><br>Plaintiff,<br>v.<br>RESOURCE DEVELOPMENT SERVICES, INC.,et. al.<br><br>Defendants. | No.  CV10-01324 - RS<br><br>**REQUEST FOR DISCONTINUANCE OF NOTICE TO MARC L. SHEA AND [PROPOSED] ORDER** |

On November 8, 2012, plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH dismissed defendant DOMINGUEZ & SONS TRUCKING, INC. from this action with prejudice.  (Docket No. 423.)  Accordingly, DOMINGUEZ & SONS TRUCKING, INC.'s counsel, Marc L. Shea of Shea & McIntyre, A P.C. hereby requests that the parties and the Court remove Mr. Shea from their notice lists for the above-captioned case, and that the Court execute the attached Proposed Order.

Dated:  December 13, 2012            SHEA & McINTYRE, A P.C.

                                     By: _____
                                     MARC L. SHEA, Attorneys for Defendant
                                     DOMINGUEZ & SONS TRUCKING, INC.

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

1
REQUEST FOR DISCONTINUANCE OF NOTICE TO MARC L. SHEA AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Good cause having been shown, the Court hereby GRANTS counsel Marc L. Shea's request that the parties and the Court remove Mr. Shea from their notice lists for the above captioned case.

**IT IS SO ORDERED.**

Dated: 12/17/12

THE HONORABLE RICHARD SEEBORG
JUDGE OF THE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Y:\d\Dominguez\National Union\Pleadings\Request for discontinuance of notice\Request to Discontinue Notice & Order.wpd

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile