Richard R. Roy, Esq., SBN 90066
**LAW OFFICES OF RICHARD R. ROY**
4565 Ruffner St., Ste. 107
San Diego, CA 92111
Phone: (858) 503-7969
Fax: (858) 503-7968

Attorneys for Defendant
DOMINGUEZ & SONS TRUCKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation<br><br>Plaintiff,<br><br>v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et. al. and DOES 1 TO 100,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | No. CV10-01324-RS<br><br>**REQUEST FOR DISCONTINUANCE OF NOTICE TO RICHARD R. ROY AND [PROPOSED] ORDER**<br><br><br>**Complaint Filed November 9, 2011** |

On November 8, 2012, plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH dismissed defendant DOMINGUEZ & SONS TRUCKING, INC. from this action with prejudice. (Docket No.423.) Accordingly, DOMINGUEZ & SONS TRUCKING, INC.'s counsel Richard R. Roy of Law Offices of Richard R. Roy, A.P.C. hereby requests that the parties and the Court remove Mr. Roy from their notice lists for the above-captioned case, and that the Court execute the attached Proposed Order.

DATED: December 14, 2012        **LAW OFFICES OF RICHARD R. ROY, APC**

By: *Richard R. Roy*
Richard R. Roy, Esq., Attorneys for Defendants
DOMINGUEZ & SONS TRUCKING, INC.

## [PROPOSED] ORDER

Good cause having been shown, the Court hereby GRANTS counsel Richard R. Roy's request that the parties and the Court remove Mr. Roy from their notice list for the above captioned case.

**IT IS SO ORDERED.**

DATED: __12/17/12__

By: _____/s/ Richard Seeborg_____
THE HONORABLE RICHARD SEEBORG
JUDGE OF THE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA