IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,

    Plaintiff,

  v.

RESOURCE DEVELOPMENT SERVICES,
INC., et. al,

    Defendant.
_____/

No. C 10-01324 RS

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Parties request a continuance of their Case Management Conference to allow documentation of the settlement agreements reached, filing and determination of good faith motions that are conditions precedent to settlement, and for dismissal of remaining parties. The Case Management Conference shall be continued to **May 30, 2013 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. If no dismissals have been filed with the Court by that time, all parties shall be expected to appear for their Case Management Conference.

IT IS SO ORDERED.

Dated: 2/26/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. CV 10-01324 RS
ORDER