SCOTT L. SCHMOOKLER
BRYAN A. MCBURNEY
Email: sschmookler@gordonrees.com
GORDON & REES LLP
1 N. Franklin, Suite 800
Chicago, IL 60606
Telephone: 1.312.980-6780
Facsimile: 1.312.565-6511

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al., and DOES 1 to 100, et al.<br><br>Defendants. | Case No.:   CV10-01324 RS<br><br>(Assigned for All Purposes to Honorable Richard Seeborg, Courtroom 3)<br><br>[~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE OF ACCURATE CLEANING SERVICES |

Pursuant to stipulation between plaintiff National Union Fire Insurance Company of Pittsburgh, PA, and defendant Accurate Cleaning Services, it is hereby ordered that Accurate Cleaning Services is dismissed with prejudice from the above entitled action.

**IT IS SO ORDERED.**

DATED: ___8/27_____, 2013       _____
                                     Richard Seeborg
                                     United States District Judge

NUFIC/1075633/16716704v.1

-1-

[~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE
CV10-01324 RS