SCOTT L. SCHMOOKLER
BRYAN A. MCBURNEY
Email: sschmookler@gordonrees.com
GORDON & REES LLP
1 N. Franklin, Suite 800
Chicago, IL 60606
Telephone: 1.312.980-6780
Facsimile: 1.312.565-6511

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA
& WASTE MANAGEMENT OF CALIFORNIA, INC.

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al., and DOES 1 to 100, et al.<br><br>Defendants. | Case No.:   CV10-01324 RS<br><br>(Assigned for All Purposes to Honorable Richard Seeborg, Courtroom 3)<br><br>**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT RANDAZZO ENTERPRISES, INC.** |

Pursuant to stipulation between plaintiff National Union Fire Insurance Company of Pittsburgh, PA, and defendant Randazzo Enterprises, Inc., it is hereby ordered that Randazzo Enterprises, Inc. is dismissed with prejudice from the above entitled action.

**IT IS SO ORDERED.**

DATED: __8/27_____, 2013      _____
                                    Richard Seeborg
                                    United States District Judge

NUFIC/1075633/16720147v.1