SCOTT L. SCHMOOKLER
BRYAN A. MCBURNEY
Email: sschmookler@gordonrees.com
GORDON & REES LLP
1 N. Franklin, Suite 800
Chicago, IL 60606
Telephone: 1.312.980-6780
Facsimile: 1.312.565-6511

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al., and DOES 1 to 100, et al.<br><br>Defendants. | Case No.:   CV10-01324 RS<br><br>(Assigned for All Purposes to Honorable Richard Seeborg, Courtroom 3)<br><br>**[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT A&S METALS** |

Pursuant to stipulation between plaintiff National Union Fire Insurance Company of Pittsburgh, PA, and defendant A&S Metals, it is hereby ordered that A&S Metals is dismissed with prejudice from the above entitled action.

**IT IS SO ORDERED.**

DATED: __8/27_____, 2013

_____
Richard Seeborg
United States District Judge

-1-

[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE
CV10-01324 RS