IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,<br><br>      Plaintiff,<br>  v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al,<br><br>      Defendant.<br>_____/ | No. C 10-01324 RS<br><br>**ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT** |

    Defendant Jonna Corporation, Inc., doing business as Premier Recycle Company ("Premier), has applied for an Order determining that the settlement agreement entered into between plaintiff National Union and Premier meets the standards for good faith settlement as set forth in *Tech-Bilt v. Woodward-Clyde & Associates*, 38 Cal.3d 488 (1985). No opposition has been filed. Pursuant to California Code of Civil Procedure Rule 877.6, this Court may grant those applications without a hearing. Accordingly, Premier's application for determination of good faith settlement is approved, and the hearing scheduled for January 2, 2014 is vacated.

    IT IS SO ORDERED.

Dated: December 16, 2013

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE