BOWMAN AND BROOKE LLP
Daniel J. Smith (SBN 132748)
Robert S. Robinson (SBN 131461)
1741 Technology Drive, Suite 200
San Jose, CA 95110-1355
Telephone: (408) 279-5393
Facsimile: (408) 279-5845
E-mail: rob.robinson@bowmandbrooke.com

Attorneys for Defendant
JONNA CORPORATION, INC. dba PREMIER RECYCLE COMPANY
(erroneously sued as PREMIER RECYCLING)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al, and DOES 1 through 100,<br><br>Defendants. | CV10-cv-01324 RS<br><br>[~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE OF JONNA CORPORATION, INC. DBA PREMIER RECYCLE COMPANY |

Pursuant to stipulation between plaintiff National Union Fire Insurance Company of Pittsburgh, PA, and defendant and cross-claimant Jonna Corporation, Inc. dba Premier Recycle Company, it is hereby ordered that defendant and cross-claimant Jonna Corporation, Inc. dba Premier Recycle Company is dismissed with prejudice from the above-entitled action.

**IT IS SO ORDERED.**

DATED: February 4, 2014        _/s/ Richard Seeborg_
                                Richard Seeborg
                                United States District Judge