BOWMAN AND BROOKE LLP
Daniel J. Smith (SBN 132748)
Robert S. Robinson (SBN 131461)
1741 Technology Drive, Suite 200
San Jose, CA  95110-1355
Telephone:  (408) 279-5393
Facsimile:  (408) 279-5845
E-mail: rob.robinson@bowmandbrooke.com

Attorneys for Defendant
JONNA CORPORATION, INC. dba PREMIER RECYCLE COMPANY
(erroneously sued as PREMIER RECYCLING)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>RESOURCE DEVELOPMENT SERVICES, INC., et al, and DOES 1 through 100,<br><br>　　　　　　Defendants. | CV10-cv-01324 RS<br><br>[PROPOSED] ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE OF GUILLERMO CEBALLOS |

Pursuant to stipulation between defendant and cross-claimant Jonna Corporation, Inc. dba Premier Recycle Company, and Defendant and Cross-defendant Guillermo Ceballos, it is hereby ordered that Defendant and Cross-defendant Guillermo Ceballos is dismissed with prejudice from the above-entitled action.

**IT IS SO ORDERED.**

DATED: February  10 , 2014        _____
　　　　　　　　　　　　　　　　　Richard Seeborg
　　　　　　　　　　　　　　　　　United States District Judge