BOWMAN AND BROOKE LLP
Daniel J. Smith (SBN 132748)
Robert S. Robinson (SBN 131461)
1741 Technology Drive, Suite 200
San Jose, CA  95110-1355
Telephone:  (408) 279-5393
Facsimile:  (408) 279-5845
E-mail: rob.robinson@bowmandbrooke.com

Attorneys for Defendant
JONNA CORPORATION, INC. dba PREMIER RECYCLE COMPANY
(erroneously sued as PREMIER RECYCLING)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al, and DOES 1 through 100,<br><br>Defendants. | CV10-cv-01324 RS<br><br>[~~PROPOSED~~] ORDER RE: JONNA CORPORATION, INC. DBA PREMIER RECYCLE COMPANY'S REQUEST TO DISMISS REMAINDER OF CROSS-CLAIM |

The Court, having read the Request of Defendant Jonna Corporation, Inc. dba Premier Recycle Company that the Court dismiss the remainder of the Cross-claim without prejudice and with each party to bear its own fees and costs, and finding good cause therefor,

**IT IS HEREBY ORDERED** that the Request is granted, and the remainder of the Cross-claim is dismissed without prejudice and with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

DATED:  February _10_, 2014

_/s/ Richard Seeborg_
Richard Seeborg
United States District Judge