IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, | No. C 10-01324 RS |
| Plaintiff, | **ORDER** |
| v. | |
| RESOURCE DEVELOPMENT SERVICES, INC., et al, | |
| Defendant. | |

Pursuant to Civil Local Rule 7-1(b), plaintiff's motion for an order enforcing its settlement with defendant and cross-complainant Valley Recycling is suitable for disposition without oral argument, and the hearing set for July 24, 2014 is vacated. Valley Recycling has given written notice that it does not oppose the relief plaintiff seeks. Accordingly, good cause appearing, the motion is granted and Valley Recycling is hereby ordered to pay the agreed settlement amount.

Separately, Valley Recycling previously obtained an order granting its motion for default judgment against defendants and cross-defendants James Lucero, Joe Morse, and Resource Development Services, Inc., but requiring it to submit a further accounting of its attorney fees and cost claim, which had been referenced in, but omitted from, its moving papers. Valley Recycling

having now submitted adequate proof of its claim for purposes of this proceeding, it will be awarded $196,196.26 in costs and fees. A separate judgment will enter.

IT IS SO ORDERED.

Dated: 7/22/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE