IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH,<br><br>            Plaintiff,<br>    v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al,<br><br>            Defendant.<br>_____/ | No. C 10-01324 RS<br><br>**JUDGMENT BY DEFAULT** |

Pursuant to orders entered August 30, 2013 and this date regarding the motion of defendant and cross-complainant Valley Recycling for default judgment against defendants and cross-defendants James Lucero, Joe Morse, and Resource Development Services, Inc. ("RDS"), judgment is hereby entered in favor of Valley Recycling and against RDS in the amount of $296,196.26

IT IS SO ORDERED.

Dated: 7/22/14

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE