UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Plaintiff,<br><br>v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al.,<br><br>Defendants. | Case No. 10-cv-01324-RS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil Local Rule 7-1(b) plaintiff's motion for sanctions and/or contempt against Valley Recycling is suitable for disposition without oral argument and the hearing set for September 3, 2015 is hereby vacated. A final ruling on the motion will be deferred pending any response to this order to show cause. No later than September 11, 2015, Valley Recycling shall file a declaration or declarations and, optionally, a brief not to exceed 8 pages, setting out cause, if any it has, why the relief requested by plaintiff should not issue.

There is some indication counsel for Valley Recycling may have failed to keep the ECF system records updated with current email addresses. Accordingly, as a courtesy, a copy of this order will be mailed to:

> Lawrence Pedro Ramirez
> The Litigation Law Group
> 111 North Market Street
> Suite 1010
> San Jose, CA 95113

1    In the event ECF records are not current, counsel is directed to provide updates forthwith.

2

3    **IT IS SO ORDERED**.

4

5    Dated: August 26, 2015

6    _____
7    RICHARD SEEBORG
     United States District Judge