UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>  Plaintiff,<br><br>  v.<br><br>RESOURCE DEVELOPMENT SERVICES, INC., et al.,<br><br>  Defendants. | Case No. 10-cv-01324-RS<br><br>**ORDER DENYING MOTION FOR SANCTIONS AND/OR CONTEMPT WITHOUT PREJUDICE** |

Plaintiff's motion for sanctions and/or contempt has been continued multiple times over a course of several months, in light of the parties' efforts to resolve the matter. Most recently defendant has filed applications for extensions of time, asserting that its final payment under the settlement agreement were forthcoming. While plaintiff has not withdrawn the motion, neither has it made any effort to pursue it. It appears, therefore, that the motion may now be moot. Accordingly, it is denied, without prejudice. In the event there is still a controversy, plaintiff may file a notice renewing the motion, or may file a new motion.

**IT IS SO ORDERED**.

Dated: March 11, 2016

_____
RICHARD SEEBORG
United States District Judge